ORIGINAL



UNITED STATES GOVERNMENT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

William James, Sui Juris  :
Terri V. Tucker AKA
(Donald-Strickland), Sui Juris
    Plaintiffs,

Vs

    : Case# 1:17-CV-1181-RWS

    : DEFAULT JUDGMENT

Oprah Winfrey
Oprah Winfrey Network (OWN)
HARPO Studios
    Defendants,

PLAINTIFFS WILLIAM JAMES AND TERRI TUCKER'S MOTION FOR CLERK OF THE COURT TO ENTER DEFAULT JUDGMENT AGAINST DEFENDANTS OPRAH WINFREY, OPRAH WINFREY NETWORK (OWN) AND HARPO STUDIOS FOR FAILURE TO ANSWER CIVIL RICO COMPLAINT

Plaintiff's, William James and Terri Tucker "Private Attorney Generals" and Pro Se Litigants hereinafter ("Plaintiff's") hereby moves the Court for entry of Default Judgment pursuant to F.R.C.P. Rule 55 (a)(b)(1).

WHEREAS, the Defendants, Oprah Winfrey, Oprah Winfrey Network (OWN) and HARPO Studios hereinafter ("Defendants") failed to Answer the RICO CIVIL complaint pursuant to F.R.C.P. Rule 12 (a)(1)(A)(i), Plaintiff's Request and DEMAND Default Judgment on the following grounds in the

Memorandum at Law, with citations and authorities forthcoming in the brief with a statement of accounting and affidavit.

Pursuant to F.R.C.P 55(a) ENTERING A DEFAULT. Defendants have a judgment for affirmative relief being sought by Plaintiff's. Defendants have failed to plead or otherwise defend, and that failure is shown by affidavit, service of process therefore the Plaintiff's request that the clerk enter the Plaintiff's default.

Date: May 19, 2017

// S /
William James
PRIVATE ATTORNEY GENERAL
9100 South Drexel Ave
Chicago, Illinois 60619
Email: BJ255758@yahoo.com
Phone 773-990-9973

Terri V. Tucker (aka)
Donald-Strickland
PRIVATE ATTORNEY GENERAL
1136 Joslin Path
Douglasville, GA 30134
terrilowe43@gmail.com
Phone: 347-705-2043