UNITED STATES GOVERNMENT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

William James, Sui Juris    :
Terri V. Tucker AKA
(Donald-Strickland), Sui Juris

    Plaintiffs,

    Vs

                : Case# 1:17-CV-1181-RWS

                : DEFAULT JUDGMENT

Tyler Perry Company
Tyler Perry Studios (TPS)
Tyler Perry aka Emmett
Perry Jr. aka Emmett J.
Perry aka Buddy, et. al.,

    Defendants,

<u>PLAINTIFF'S WILLIAM JAMES AND TERRI TUCKER MEMORANDUM AT LAW FOR DEFAULT JUDGMENT AGAINST DEFENDANTS OPRAH WINFREY, OPRAH WINFREY NETWORK (OWN) AND HARPO STUDIOS FOR FAILURE TO ANSWER CIVIL RICO COMPLAINT</u>

                // S /
                William James
                PRIVATE ATTORNEY GENERAL
                9100 South Drexel Ave
                Chicago, Illinois 60619
                Email: BJ255758@yahoo.com
                Phone 773-990-9973

i

*[signature]*
Terri V. Tucker (aka)
Donald-Strickland
PRIVATE ATTORNEY GENERAL
1136 Joslin Path
Douglasville, GA 30134
terrilowe43@gmail.com
Phone: 347-705-2043

# TABLE OF CONTENTS

| | |
|---|---|
| Preliminary Statement | 1 |
| Default Judgment | 1 |
| Defendants Oprah Winfrey, Oprah Winfrey Network (OWN) and HARPO Studios Default Judgment Statement of Accounting for Payment Due to Plaintiffs William James and Terri Tucker Civil RICO Complaint | 1 |
| Count One: Injunctive Relief (Against the Defendants) | 2 |
| Count Three: Injunctive Relief (Against the Defendants) | 2 |
| Count Four: Exemplary (Punitive) (Against the Defendants) | 3 |
| Conclusion | 3 |
| Rule 7.1(D) Certificate | 4 |
| Rule 11 Certification | 5 |
| Sworn Declatory Statement | 6 |
| Certificate of Service | 8 |

# TABLE OF AUTHORITIES

| CASE | PG'S |
|---|---|
| 1:17-cv-1181-RWS | 3 |

<u>FEDERAL RULES OF PROCEDUEE (Fed.Civ.R.P)</u>

| | |
|---|---|
| Fed.Civ.R.P (FRCP) 4(a)(b)(c) | 1 |
| Fed.Civ.R.P (FRCP) 5(a)(2), 5(1)(c) | 1, 4S |
| Fed.Civ.R.P (FRCP) 7.1 (D) | 4 |
| Fed.Civ.R.P (FRCP) 11 Certificate Rule, 11(b) | 5 |
| Fed.Civ.R.P (FRCP) 12(a)(1)(A) | 1 |
| Federal Rules of Civil Procedure (FRCP) 55(a)(b)(1) | 1 |

<u>Local Civil Rules of Procedure</u>

| | |
|---|---|
| Local Civil Rules (LCR) 55 Default | 8 |

## PRELIMINARY STATEMENT

Plaintiff's, William James and Terri Tucker "Private Attorney Generals" and Pro Se Litigants hereinafter ("Plaintiff's") hereby moves the Court for entry of Default Judgment pursuant to F.R.C.P. Rule 55 (a)(b)(1).

## DEFAULT JUDGMENT

1. the Defendants, Oprah Winfrey, Oprah Winfrey Network (OWN) and HARPO Studios hereinafter ("Defendants") failed to Answer the RICO CIVIL complaint pursuant to F.R.C.P. Rule 12 (a) (1) (A) (i) within 21 days Service of process which was completed by ACS Certified Attorneys in California on April 26 and the Answer due by Defendants are May 17, 2017 pursuant to F.R.C.P. 4(a) (b) (c).

    a. The Defendants are out of time to Answer the Complaint and have failed to make an appearance on the record to request additional time to file Answer or to request an extension.

    b. The Defendants failed to file an appearance on the record in accordance with Federal Rule 5(a) (2). (2) States, *If a Party Fails to Appear.* No service is required on a party who is in default for failing to appear. .

## DEFENDANTS OPRAH WINFREY, OPRAH WINDREY NETWORK (OWN) AND HARPO STUDIOS DEFAULT JUDGMENT STATEMENT OF ACCOUNTING FOR PAYMENT DUE TO PLAINTIFF'S WILLIAM JAMES AND TERRI TUCKER CIVIL RICO COMPLAINT

1. See, [Doc. 1] WHEREFORE on count one, PLAINTIFF'S WILLIAM JAMES AND TERRI V. TUCKER formerly (TERRI V. DONALD aka TLO-REDNESS STRICKLAND) demands judgment in THEIR favor and against DEFENDANT'S Oprah Winfrey, Oprah Winfrey Network and HARPO Studios as follows:

### COUNT ONE: INJUNCTIVE RELIEF (AGAINST THE DEFENDANTS)

a) See, [Doc. 1, p. 21] For statutory damages $150,000.00 per PLAINTIFF, PER DEFENDANT; pursuant to the RICO Act x3 = $450,000.00 PER PLAINTIFF

b) See, [Doc. 1, p. 21] For actual damages of Court Cost, Expenses and Private Attorney Fees, per PLAINTIFF, PER DEFNDANT; pursuant to the RICO Act x3.

1. See, [Doc.1, p. 25] $43,000.00 PER PLAINTIFF for Private Attorneys Fee's.

### COUNT THREE: INJUNCTIVE RELIEF (AGAINST THE DEFENDANTS)

1. See, [Doc. 1, p. 25] Court order to collect defaulted funds in the amount of $150,000,000.00 PER PLAINTIFF receives for Treble Damages = $450,000,000.00

2

PER PLAINTIFF

2. Permission or Order for U.S. Marshalls to assist in collection of Judgment.

**COUNT FOUR: EXEMPLARY(PUNITIVE) (AGAINST THE DEFENDANTS)**

1. Exemplary Damages See, [Doc. 1, 27] - $150,000,000.00 PER Defendant, for PER Plaintiff.

## CONCLUSION

1. See, [Doc. 1, p. 48-51 Agreement]

    a. Plaintiff 1 – William James 50% of all awards

    b. Plaintiff 2 – Terri Tucker 50% of all awards

    Plaintiff's REQUEST that the Clerk of the Court enter Default Judgment into the Docket 1:17-cv-1181-RWS.

Respectfully Submitted: May 19, 2017

                                                     // S //
William James
PRIVATE ATTORNEY GENERAL
9100 South Drexel Ave
Chicago, Illinois 60619
Email: BJ255758@yahoo.com
Phone 773-990-9973

Terri V. Tucker (aka)
Donald-Strickland
PRIVATE ATTORNEY GENERAL
1136 Joslin Path
Douglasville, GA 30134
Email: terrilowe43@gmail.com
Phone: 347-705-2043

3

## RULE 7.1(D) CERTIFICATE

The undersigned counsel certifies this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).

Date: May 19, 2017

/// S ///
William James
PRIVATE ATTORNEY GENERAL
9100 South Drexel Ave
Chicago, Illinois 60619
Email: BJ255758@yahoo.com
Phone 773-990-9973

*Terri V. Tucker* (signature)
Terri V. Tucker (aka)
Donald-Strickland
PRIVATE ATTORNEY GENERAL
1136 Joslin Path
Douglasville, GA 30134
terrilowe43@gmail.com
Phone: 347-705-2043

## RULE 11 CERTIFICATION

Plaintiff's William James and Terri Tucker affirm that all of the content of this motion is true in its entirety to our belief. We certify that all representations made to the court are truthful.

Date: May 19, 2017

                                               // S //
                                       William James
                                       PRIVATE ATTORNEY GENERAL
                                       9100 South Drexel Ave
                                       Chicago, Illinois 60619
                                       Email: BJ255758@yahoo.com
                                       Phone 773-990-9973

                                       */s/ Terri V. Tucker*
                                       Terri V. Tucker (aka)
                                       Donald-Strickland
                                       PRIVATE ATTORNEY GENERAL
                                       1136 Joslin Path
                                       Douglasville, GA 30134
                                       terrilowe43@gmail.com
                                       Phone: 347-705-2043

## SWORN DECLATORY STATEMENT

I, William James, Plaintiff and "Private Attorney General" attest and swear to the legitimacy of the statements made as Plaintiff in this Default Judgment and memorandum at law to for Defendant's Oprah Winfrey, Oprah Winfrey Network (OWN) and HARPO Studios. I attest that I the Plaintiff provided true information to the best ability and of my knowledge, as well as provided copies or original documents contained in the exhibits and motions and pleadings, are factual in this Civil RICO Case.

I, Terri Tucker Aka Donald-Strickland, TLO-Redness, Plaintiff and "Private Attorney General" attest and swear to the legitimacy of the statements made as Plaintiff in this Default Judgment and memorandum at law to for Defendant's Oprah Winfrey, Oprah Winfrey Network (OWN) and HARPO Studios. I attest that I the Plaintiff provided true information to the best ability and of my knowledge, as well as provided copies or original documents contained in the exhibits and motions and pleadings, are factual in this Civil RICO Case.

.        Date: May 19, 2017

_____// S //_____
William James
PRIVATE ATTORNEY GENERAL
9100 South Drexel Ave
Chicago, Illinois 60619
Email: BJ255758@yahoo.com
Phone 773-990-9973

_[signature]_
Terri V. Tucker (aka)
Donald-Strickland
PRIVATE ATTORNEY GENERAL
1136 Joslin Path
Douglasville, GA 30134
terrilowe43@gmail.com
Phone: 347-705-2043

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served all parties with the foregoing Plaintiff's William James and Terri Tucker Default Judgment against Defendant's Oprah Winfrey, Oprah Winfrey Network (OWN) and HARPO Studios and supporting document Memorandum at law with citations and authorities and exhibits for calculations. Filing to the Clerk of the Court:

Date: May 19, 2017

                                           // S //

                                   William James
                                   PRIVATE ATTORNEY GENERAL
                                   9100 South Drexel Ave
                                   Chicago, Illinois 60619
                                   Email: BJ255758@yahoo.com
                                   Phone 773-990-9973

                                   *[signature]*
                                   Terri V. Tucker (aka)
                                   Donald-Strickland
                                   PRIVATE ATTORNEY GENERAL
                                   1136 Joslin Path
                                   Douglasville, GA 30134
                                   terrilowe43@gmail.com
                                   Phone: 347-705-2043

9

FILED WITH THE CLERK OF THE COURT:

UNITED STATES DISTRICT COURT NOTHERN DISTRICT OF
GEORGIA, ATLANTA DIVISION
CLERK OF THE COURT

75 Ted Turner Drive SW
Atlanta, GA 30303
Phone: 404 215 1655