| | |
|---|---|
| IN PRO PER<br>1136 Joslin Path   Douglasville, GA 30134<br>CASE NUMBER: **1:17-CV-1181-RWS** | <br>**Attorney's Certified**<br>SERVICES |
| James, et al. .<br>vs.<br>Hunt et al. | SUMMARY OF SERVICE<br>JOB COMPLETE<br>ACS424756<br>Process Service |
| | **Bradford B. Weekes**<br>**County: Los Angeles  Reg: 3185**<br>**4/28/2017  3:10 PM** |
| **SUMMARY OF SERVICE** | Reference No.: |

DOCUMENTS SERVED: Summons;   Complaint;

            PARTY SERVED:    Lionsgate Entertainment

          PERSON SERVED:    Jim Gladstone  - Business Affairs

DATE & TIME OF SERVICE:    4/28/2017
                                     3:10 PM

ADDRESS, CITY, AND STATE:    2700 Colorado Avenue, Suite # 200
                                       Santa Monica, CA 90404

IANNER OF SERVICE:
  Personal Service - By personally delivering copies to Lionsgate Entertainment.

---

SERVICE OF PROCESS | SKIP TRACING | COURT FILINGS | RECORDS RETRIEVAL
www.attorneyscertified.com

---

**NOT A PROOF OF SERVICE | SUMMARY OF SERVICE | NOT A PROOF OF SERVICE**
Did you know you can check status, place orders, and look up costs online?
Visit our secure website at www.attorneyscertified.com

## SUMMARY OF SERVICE

---

**OFFICIAL AFFIDAVIT OF SERVICE/NON-SERVICE WILL FOLLOW IN THE MAIL**

Summary/ACS424756

| | |
|---|---|
| IN PRO PER<br>1136 Joslin Path   Douglasville, GA 30134<br>CASE NUMBER: **1:17-CV-1181-RWS** | <br>**Attorney's Certified**<br>S E R V I C E S |
| **James, et al. .**<br>vs.<br>**Hunt et al.** | SUMMARY OF SERVICE<br>JOB COMPLETE<br>ACS424753<br>Process Service |
| | **Robert Hall**<br>County: Los Angeles  Reg: 6932<br>4/26/2017  3:07 PM |
| **SUMMARY OF SERVICE** | Reference No.: |

DOCUMENTS SERVED: Summons;   Complaint;

PARTY SERVED:  Oprah Winfrey dba Harpo/Thru Oprah Winfrey Network (OWN)

PERSON SERVED:  John Doe - Security

DATE & TIME OF SERVICE:  4/26/2017
3:07 PM

ADDRESS, CITY, AND STATE:  1041 N. Formosa Ave.
West Hollywood, CA 90046

PHYSICAL DESCRIPTION:  Age: 30        Weight: 180        Hair: Bald
Sex: Male      Height: 5' 6"
Race: Hispanic

IANNER OF SERVICE:
Personal Service - By personally delivering copies to Oprah Winfrey dba Harpo/Thru Oprah Winfrey Network (OWN).

---

SERVICE OF PROCESS | SKIP TRACING | COURT FILINGS | RECORDS RETRIEVAL
www.attorneyscertified.com

**NOT A PROOF OF SERVICE | SUMMARY OF SERVICE | NOT A PROOF OF SERVICE**
Did you know you can check status, place orders, and look up costs online?
Visit our secure website at www.attorneyscertified.com

# SUMMARY OF SERVICE

**OFFICIAL AFFIDAVIT OF SERVICE/NON-SERVICE WILL FOLLOW IN THE MAIL**

Summary/ACS424753

| | |
|---|---|
| IN PRO PER<br>1136 Joslin Path   Douglasville, GA 30134<br>CASE NUMBER: **1:17-CV-1181-RWS** | <br>**SUMMARY OF SERVICE**<br>**JOB COMPLETE**<br>**ACS424756**<br>Process Service |
| **James, et al. .**<br>vs.<br>**Hunt et al.** | |
| | **Bradford B. Weekes**<br>**County: Los Angeles  Reg: 3185**<br>**4/28/2017  3:10 PM** |
| **SUMMARY OF SERVICE** | Reference No.: |

DOCUMENTS SERVED: Summons;   Complaint;

       PARTY SERVED:    Lionsgate Entertainment
     PERSON SERVED:    Jim Gladstone  - Business Affairs
DATE & TIME OF SERVICE:    4/28/2017
                                    3:10 PM
ADDRESS, CITY, AND STATE:    2700 Colorado Avenue, Suite # 200
                                      Santa Monica, CA 90404

IANNER OF SERVICE:
   Personal Service - By personally delivering copies to Lionsgate Entertainment.

---

SERVICE OF PROCESS | SKIP TRACING | COURT FILINGS | RECORDS RETRIEVAL
**www.attorneyscertified.com**

**NOT A PROOF OF SERVICE | SUMMARY OF SERVICE | NOT A PROOF OF SERVICE**
Did you know you can check status, place orders, and look up costs online?
Visit our secure website at www.attorneyscertified.com

## SUMMARY OF SERVICE

**OFFICIAL AFFIDAVIT OF SERVICE/NON-SERVICE WILL FOLLOW IN THE MAIL**

Summary/ACS424756

| | |
|---|---|
| IN PRO PER<br>1136 Joslin Path   Douglasville, GA 30134<br>CASE NUMBER: **1:17-CV-1181-RWS** | <br>**SUMMARY OF SERVICE**<br>**JOB COMPLETE**<br>**ACS424754**<br>Process Service |
| **James, et al. .**<br>vs.<br>**Hunt et al.** | **Robert Hall**<br>County: Los Angeles   Reg: 6932<br>4/26/2017  3:07 PM |
| **SUMMARY OF SERVICE** | Reference No.: |

DOCUMENTS SERVED: Summons;   Complaint;

PARTY SERVED: Oprah Winfrey at Oprah Winfrey Network (OWN)

PERSON SERVED: John Doe - Security

DATE & TIME OF SERVICE: 4/26/2017   3:07 PM

ADDRESS, CITY, AND STATE: 1041 N. Formosa Ave.
West Hollywood, CA 90046

PHYSICAL DESCRIPTION: Age: 30   Weight: 180   Hair: Bald
Sex: Male   Height: 5' 6"
Race: Hispanic

MANNER OF SERVICE:
Personal Service - By personally delivering copies to Oprah Winfrey at Oprah Winfrey Network (OWN).

---

SERVICE OF PROCESS | SKIP TRACING | COURT FILINGS | RECORDS RETRIEVAL
www.attorneyscertified.com

**NOT A PROOF OF SERVICE | SUMMARY OF SERVICE | NOT A PROOF OF SERVICE**

Did you know you can check status, place orders, and look up costs online?
Visit our secure website at www.attorneyscertified.com

## SUMMARY OF SERVICE

**OFFICIAL AFFIDAVIT OF SERVICE/NON-SERVICE WILL FOLLOW IN THE MAIL**

Summary/ACS424754

| | |
|---|---|
| IN PRO PER<br>1136 Joslin Path   Douglasville, GA 30134<br>CASE NUMBER: **1:17-CV-1181-RWS** | <br>**SUMMARY OF SERVICE**<br>**JOB COMPLETE**<br>**ACS424755**<br>Process Service |
| **James, et al. .**<br>vs.<br>**Hunt et al.** | |
| | **Robert Hall**<br>County: Los Angeles  Reg: 6932<br>4/26/2017  3:07 PM |
| **SUMMARY OF SERVICE** | Reference No.: |

DOCUMENTS SERVED: Summons;   Complaint;

- PARTY SERVED:        Oprah Winfrey dba Oprah Winfrey Network (OWN)
- PERSON SERVED:       John Doe  - Security
- DATE & TIME OF SERVICE:  4/26/2017
  3:07 PM
- ADDRESS, CITY, AND STATE:  1041 N. Formosa Ave.
  West Hollywood, CA 90046
- PHYSICAL DESCRIPTION:  Age: 30    Weight: 180    Hair: Bald
  Sex: Male   Height: 5' 6"
  Race: Hispanic

IANNER OF SERVICE:
  Personal Service - By personally delivering copies to Oprah Winfrey dba Oprah Winfrey Network (OWN).

---

**SERVICE OF PROCESS | SKIP TRACING | COURT FILINGS | RECORDS RETRIEVAL**
**www.attorneyscertified.com**

---

**NOT A PROOF OF SERVICE | SUMMARY OF SERVICE | NOT A PROOF OF SERVICE**

Did you know you can check status, place orders, and look up costs online?
Visit our secure website at www.attorneyscertified.com

---

# SUMMARY OF SERVICE

**OFFICIAL AFFIDAVIT OF SERVICE/NON-SERVICE WILL FOLLOW IN THE MAIL**

Summary/ACS424755

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
ATLANTA DIVISION

| | |
|---|---|
| WILLIAM JAMES <br> TERRI TUCKER <br><br> *Plaintiff(s)* <br><br> v. <br><br> Barbara Hunt, Harpo, Lionsgate Ent., Oprah Winfrey Network (OWN), Oprah Winfrey, Tyler Perry Company, Tyler Perry Studios (TPS), Tyler Perry aka Emmett J. Perry and all other Aliases <br><br> *Defendant(s)* | Civil Action No. 1:17-CV-1181-RWS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Oprah Winfrey at Oprah Winfrey Network (OWN)
(The Lot) A Creative Media/Entertainment Campus - Formosa South Building
1041 N. Formosa Ave
West Hollywood, CA 90046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  William James
9100 South Drexel Ave
Chicago, IL 60619
Terri Tucker
1136 Joslin Path
Douglasville, GA 30134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: _____04/18/2017_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-CV-1181-RWS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Oprah Winfrey at Oprah Winfrey Network (OWN)</u>
was received by me on *(date)* <u>04/19/2017</u>.

☒ I personally served the summons on the individual at *(place)* <u>John Doe/Security/Authorized to Accept. Service at 3:07 P.M.</u> on *(date)* <u>4/26/2017</u>; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ <u>91.00</u> for travel and $ <u>0.00</u> for services, for a total of $ <u>91.00</u>.

I declare under penalty of perjury that this information is true.

Date: <u>04/26/2017</u>

*Server's signature*

Robert A. Hall/ #6932/Registered Process Server
*Printed name and title*

1731 16th Street, Suite H, Bkfld, CA 93301
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
ATLANTA DIVISION

| | |
|---|---|
| WILLIAM JAMES<br>TERRI TUCKER<br><br>*Plaintiff(s)*<br><br>v.<br><br>Barbara Hunt, Harpo, Lionsgate Ent., Oprah Winfrey Network (OWN), Oprah Winfrey, Tyler Perry Company, Tyler Perry Studios (TPS), Tyler Perry aka Emmett J. Perry and all other Aliases<br><br>*Defendant(s)* | Civil Action No. 1:17-CV-1181-RWS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Oprah Winfrey at Oprah Winfrey Network (OWN)
(The Lot) A Creative Media/Entertainment Campus - Formosa South Building
1041 N. Formosa Ave
West Hollywood, CA 90046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: William James
9100 South Drexel Ave
Chicago, IL 60619
Terri Tucker
1136 Joslin Path
Douglasville, GA 30134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: 04/18/2017

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-CV-1181-RWS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Oprah Winfrey at Oprah Winfrey Network (OWN) was received by me on *(date)* 04/19/2017.

☒ I personally served the summons on the individual at *(place)* John Doe/Security/Authorized to Accept. Service at 3:07 P.M. on *(date)* 4/26/2017 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 91.00 for travel and $ 0.00 for services, for a total of $ 91.00.

I declare under penalty of perjury that this information is true.

Date: 04/26/2017

*Server's signature*

Robert A. Hall/ #6932/Registered Process Server
*Printed name and title*

1731 16th Street, Suite H, Bkfld, CA 93301
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

ATLANTA DIVISION

| | |
|---|---|
| WILLIAM JAMES<br>TERRI TUCKER<br><br>*Plaintiff(s)*<br><br>v.<br><br>Barbara Hunt, Harpo, Lionsgate Ent., Oprah Winfrey Network (OWN), Oprah Winfrey, Tyler Perry Company, Tyler Perry Studios (TPS), Tyler Perry aka Emmett J. Perry and all other Aliases<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:17-CV-1181-RWS<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* OPRAH WINFREY dba HARPO/ THRU Oprah Winfrey Network (OWN)
(The Lot) A Creative Media/Entertainment Campus - Formosa South Building
1041 N. Formosa Ave
West Hollywood, CA 90046
Phone Number: 310-508-8746

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  William James
9100 South Drexel Ave
Chicago, IL 60619
Terri Tucker
1136 Joslin Path
Douglasville, GA 30134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN

*CLERK OF COURT*

Date: APR 18 2017
04/18/2017 TT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-CV-1181-RWS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Oprah Winfrey dba Harpo/Thru Oprah Winfrey Network (OWN)
was received by me on *(date)* 04/19/2017

☒ I personally served the summons on the individual at *(place)* John Doe/Security/Authorized to Accept Service at 3:07 P.M. on *(date)* 4/26/2017 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 91.00 for travel and $ 0.00 for services, for a total of $ 91.00 .

I declare under penalty of perjury that this information is true.

Date: 04/26/2017

_____
*Server's signature*

Robert A. Hall/ # 693/Registered Process Server
*Printed name and title*

1731 16th Street, Suite H, Bkfld, CA 93301
*Server's address*

Additional information regarding attempted service, etc: