FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 01 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

William James, Sui Juris :
Terri V. Tucker AKA
(Donald-Strickland), Sui Juris
    Plaintiffs,

Vs.

: Case# 1:17-CV-1181-RWS

: DEFAULT JUDGMENT

Barbara Hunt,
    Defendants,


## PLAINTIFFS WILLIAM JAMES AND TERRI TUCKER MOTION FOR DEFAULT JUDGMENT AGAINST BARBARA HUNT

Plaintiffs William James and Terri Tucker "Private Attorney Generals" and Pro Se Litigants hereinafter ("Plaintiff's") hereby moves the Court for entry of Default Judgment pursuant to F.R.C.P. Rule 55 (a)(b)(1),

WHEREAS, the Defendant, Barbara Hunt hereinafter ("Defendant") failed to Answer the CIVIL RICO complaint pursuant to F.R.C.P. Rule 12 (a)(1)(A)(i), Plaintiff's Request and DEMAND for Default Judgment on the following grounds in the Memorandum at Law, with citations and authorities forthcoming in the brief.

Pursuant to F.R.C.P 55(a) ENTERING A DEFAULT. Defendant has a judgment for affirmative relief being sought by Plaintiff's William James and

1

Terri V. Tucker. Defendants have failed to plead or otherwise defend, and that failure is shown by motion to strike [Doc. 45], Personal Jurisdiction does not apply to RICO Complaints and therefore the Plaintiff's request that the clerk of the court enter the Plaintiff's default judgment in their favor.

Date: June 1, 2017

      // S /
William James
PRIVATE ATTORNEY GENERAL
9100 South Drexel Ave
Chicago, Illinois 60619
Email: BJ255758@yahoo.com
Phone 773-990-9973

*[signature]*
Terri V. Tucker (aka)
Donald-Strickland
PRIVATE ATTORNEY GENERAL
1136 Joslin Path
Douglasville, GA 30134
terrilowe43@gmail.com
Phone: 347-705-2043

UNITED STATES GOVERNMENT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

William James, Sui Juris            :
Terri V. Tucker AKA
(Donald-Strickland), Sui Juris
    Plaintiffs,

    Vs

              : Case# 1:17-CV-1181-RWS

              : DEFAULT JUDGMENT

Barbara Hunt,
  Defendants,

## PLAINTIFF'S WILLIAM JAMES AND TERRI TUCKER MEMORANDUM AT LAW FOR DEFAULT JUDGMENT AGAINST DEFENDANT BARBARA HUNT FOR FAILURE TO ANSWER CIVIL RICO COMPLAINT

        // S /
        William James
        PRIVATE ATTORNEY GENERAL
        9100 South Drexel Ave
        Chicago, Illinois 60619
        Email: BJ255758@yahoo.com
        Phone 773-990-9973

        Terri V. Tucker (aka)
        Donald-Strickland
        PRIVATE ATTORNEY GENERAL
        1136 Joslin Path
        Douglasville, GA 30134
        terrilowe43@gmail.com
        Phone: 347-705-2043

# TABLE OF CONTENTS

| | |
|---|---|
| Preliminary Statement | 1 |
| Default Judgment | 1 |
| Defendant Barbara Hunt Default Judgment Statement of Accounting for Payment Due to Plaintiffs William James and Terri Tucker filing Civil RICO Complaint | 1 |
| Count One: Injunctive Relief (Against the Defendant) | 2 |
| Count Three: Injunctive Relief (Against the Defendant) | 2 |
| Count Four: Exemplary (Punitive) (Against the Defendant) | 3 |
| Conclusion | 3 |
| Rule 7.1(D) Certificate | 4 |
| Rule 11 Certification | 5 |
| Sworn Declatory Statement | 6 |
| Certificate of Service | 8 |

# TABLE OF AUTHORITIES

| CASE | PG'S |
|---|---|
| 1:17-cv-1181-RWS | 3 |

**FEDERAL RULES OF PROCEDUEE (Fed.Civ.R.P)**

| | |
|---|---|
| Fed.Civ.R.P (FRCP) 4(a)(b)(c) | 1 |
| Fed.Civ.R.P (FRCP) 5(a)(2), 5(1)(c) | 1, 4S |
| Fed.Civ.R.P (FRCP) 7.1 (D) | 4 |
| Fed.Civ.R.P (FRCP) 11 Certificate Rule, 11(b) | 5 |
| Fed.Civ.R.P (FRCP) 12(a)(1)(A) | 1 |
| Federal Rules of Civil Procedure (FRCP) 55(a)(b)(1) | 1 |

**Local Civil Rules of Procedure**

| | |
|---|---|
| Local Civil Rules (LCR) 55 Default | 8 |

## PRELIMINARY STATEMENT

Plaintiff's, William James and Terri Tucker "Private Attorney Generals" and Pro Se Litigants hereinafter ("Plaintiff's") hereby moves the Court for entry of Default Judgment pursuant to F.R.C.P. Rule 55 (a)(b)(1).

## DEFAULT JUDGMENT

1. the Defendant, Barbara Hunt hereinafter ("Defendant") failed to Answer the CIVIL RICO complaint pursuant to F.R.C.P. Rule 12 (a)(1)(A)(i) within 21 days Service of process which was completed on May 5, 2017 and the Answer due by Defendants are May 26, 2017 pursuant to F.R.C.P. 4(a)(b)(c).

    a. The Defendant is out of time to Answer the Complaint and have failed to serve all parties on the record with the Answer.

    b. The Defendant filed a time stalling Motion to dismiss *for lack of personal jurisdiction* on May 22, 2017, which does not apply to Civil RICO pursuant to 18 U.S.C. 1965.

### DEFENDANT BARBARA HUNT DEFAULTED AND A JUDGMENT STATEMENT OF ACCOUNTING FOR PAYMENT DUE TO PLAINTIFFS WILLIAM JAMES AND TERRI TUCKER CIVIL RICO 18 U.S.C. 1961-1964 COMPLAINT ARE AS FOILLOWS:

1. See, [Doc. 1] WHEREFORE on count one, PLAINTIFF'S WILLIAM JAMES AND

TERRI V. TUCKER formerly (TERRI V. DONALD aka TLO-REDNESS STRICKLAND) demands judgment in THEIR favor and against

1

DEFENDANT Barbara Hunt as follows:

**COUNT ONE: INJUNCTIVE RELIEF (AGAINST THE DEFENDANTS)**

a) See, [Doc. 1, p. 21] For statutory damages $150,000.00 per PLAINTIFF, PER DEFENDANT; pursuant to the RICO Act x3 = $450,000.00 PER PLAINTIFF

b) See, [Doc. 1, p. 21] For actual damages of Court Cost, Expenses and Private Attorney Fees, per PLAINTIFF, PER DEFNDANT; pursuant to the RICO Act x3.

1. See, [Doc.1, p. 25] $43,000.00 PER PLAINTIFF for Private Attorneys Fee's.

**COUNT THREE: INJUNCTIVE RELIEF (AGAINST THE DEFENDANTS)**

1. See, [Doc. 1, p. 25]   REQUESTS a Court order to collect defaulted funds in the amount of $150,000,000.00 PER PLAINTIFF receives for Treble Damages = $450,000,000.00 PER PLAINTIFF

2. Permission or Order for U.S. Marshalls to assist in collection of Judgment.

**COUNT FOUR: EXEMPLARY(PUNITIVE) (AGAINST THE DEFENDANTS)**

1. Exemplary Damages See, [Doc. 1, 27] - $150,000,000.00 PER Defendant, for PER Plaintiff.

## CONCLUSION

1. See, [Doc. 1, p. 48-51 Agreement]

    a. Plaintiff 1 – William James 50% of all awards

    b. Plaintiff 2 – Terri Tucker 50% of all awards

Plaintiff's REQUEST that the Clerk of the Court enter Default Judgment into the Docket 1:17-cv-1181-RWS in favor of Plaintiff's.

Respectfully Submitted: June 1, 2017

                                      // S //
                              William James
                              PRIVATE ATTORNEY GENERAL
                              9100 South Drexel Ave
                              Chicago, Illinois 60619
                              Email: BJ255758@yahoo.com
                              Phone 773-990-9973

                              *[signature]*
                              Terri V. Tucker (aka)
                              Donald-Strickland
                              PRIVATE ATTORNEY GENERAL
                              1136 Joslin Path
                              Douglasville, GA 30134
                              Email: terrilowe43@gmail.com
                              Phone: 347-705-2043

## **RULE 7.1(D) CERTIFICATE**

The undersigned Plaintiffs certifies this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).

Date: June 1, 2017

                                  // S //
                           William James
                           PRIVATE ATTORNEY GENERAL
                           9100 South Drexel Ave
                           Chicago, Illinois 60619
                           Email: BJ255758@yahoo.com
                           Phone 773-990-9973

                           *[signature]*
                           Terri V. Tucker (aka)
                           Donald-Strickland
                           PRIVATE ATTORNEY GENERAL
                           1136 Joslin Path
                           Douglasville, GA 30134
                           terrilowe43@gmail.com
                           Phone: 347-705-2043

## **RULE 11 CERTIFICATION**

Plaintiff's William James and Terri Tucker affirm that all of the content of this motion is true in its entirety to our belief. We certify that all representations made to the court are truthful.

Date: June 1, 2017

                                           // S //
William James
PRIVATE ATTORNEY GENERAL
9100 South Drexel Ave
Chicago, Illinois 60619
Email: BJ255758@yahoo.com
Phone 773-990-9973

Terri V. Tucker (aka)
Donald-Strickland
PRIVATE ATTORNEY GENERAL
1136 Joslin Path
Douglasville, GA 30134
terrilowe43@gmail.com
Phone: 347-705-2043

## SWORN DECLATORY STATEMENT

I, William James, Plaintiff and "Private Attorney General" attest and swear to the legitimacy of the service of process filed with the District Court, Atlanta Division, named as Plaintiff in this Default Judgment and memorandum at law to for Barbara Hunt. I attest that I the Plaintiff provided true information to the best ability and of my knowledge, as well as provided copies or original documents contained in the Default Judgment and are factual in this Civil RICO Case.

I, Terri Tucker Aka Donald-Strickland, TLO-Redness, Plaintiff and "Private Attorney General" attest and swear to the legitimacy of the service of process filed with the District Court, Atlanta Division, named as Plaintiff in this Default Judgment and memorandum at law to for Barbara Hunt. I attest that I the Plaintiff provided true information to the best ability and of my knowledge, as well as provided copies or original documents contained in the Default Judgment and are factual in this Civil RICO Case.

Date: June 1, 2017

                                            // S //
                                      William James
                                      PRIVATE ATTORNEY GENERAL
                                      9100 South Drexel Ave
                                      Chicago, Illinois 60619
                                      Email: BJ255758@yahoo.com
                                      Phone 773-990-9973

_____
Terri V. Tucker (aka)
Donald-Strickland
PRIVATE ATTORNEY GENERAL
1136 Joslin Path
Douglasville, GA 30134
terrilowe43@gmail.com
Phone: 347-705-2043

# CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties with the foregoing Plaintiff's William James and Terri Tucker Default Judgment against Defendant Barbara Hunt Filing with the Clerk of the Court:

Date: June 1, 2017

                                         // S //  
William James  
PRIVATE ATTORNEY GENERAL  
9100 South Drexel Ave  
Chicago, Illinois 60619  
Email: BJ255758@yahoo.com  
Phone 773-990-9973  

*(signature)*  
Terri V. Tucker (aka)  
Donald-Strickland  
PRIVATE ATTORNEY GENERAL  
1136 Joslin Path  
Douglasville, GA 30134  
terrilowe43@gmail.com  
Phone: 347-705-2043  

ATTORNETY FOR THE DEFENDANTS  
RICHARD GORDON P.C.  
1495 POWERS FERRY Road #101  
MARIETTA, GA 30067  
PHONE: 770-952-2900  

FILED WITH THE CLERK OF THE COURT:  
UNITED STATES DISTRICT COURT NOTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION  
CLERK OF THE COURT  
75 TED TURNER DIVE SW  
ATLANTA, GA 30303  
PHONE: 404 215 1655