IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WILLIAM JAMES, et al.,              :

                                 :

        Plaintiffs,            :

                                 :  Civil Action

      v.                    :

                                 :  No. 1:17-cv-01181-TWT

BARBARA HUNT, et al.,            :

                                 :

        Defendants.       :

                                 :

MOTION TO DISMISS
ON BEHALF OF THE HONORABLE
CHIEF JUDGE THOMAS W. THRASH, JR.

The United States Attorney files this motion to dismiss and supporting

memorandum on behalf of the Honorable Chief Judge Thomas W. Thrash, Jr.

pursuant to Rule 12(b)(1) , (5) and (6) of the Federal Rules of Civil Procedure.

The United States Attorney also contends that Judge Thrash should not be joined

as a party pursuant to Rules 20 and 21 of the Federal Rules of Civil Procedure.

For the reasons stated herein, and in the accompanying memorandum, Judge Thrash should be dismissed as a party from this lawsuit.

Respectfully submitted,

JOHN A. HORN
United States Attorney

/s/ Lori M. Beranek
LORI M. BERANEK
Assistant United States Attorney
Georgia Bar No. 053775
Lori.beranek@usdoj.gov
600 U.S. Courthouse
75 Spring Street SW
Atlanta, GA 30303
(404) 581-6000   Fax (404) 581-6181

**Certificate of Compliance**

I certify that the documents to which this certificate is attached have been

prepared with one of the font and point selections approved by the Court in

Local Rule 5.1B for documents prepared by computer.


/s/ Lori M. Beranek
LORI M. BERANEK
ASSISTANT U.S. ATTORNEY

## Certificate of Service

I certify that I have this date served the Motion to Dismiss on behalf of the Honorable Chief Judge Thomas W. Thrash, Jr., and accompanying memorandum, by using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.  In addition, I have this date served the following persons by first class U.S. Mail:

> William James
> 9100 South Drexel Ave.
> Chicago, IL 60619
>
> Terri V. Tucker
> 1136 Joslin Path
> Douglasville, GA  30134

August 31, 2017.

> /s/ Lori M. Beranek
> LORI M. BERANEK
> Assistant United States Attorney