UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 20 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

William James, Sui Juris :
Terri V. Tucker AKA
(Donald-Strickland), Sui Juris
    Petitioners/Plaintiffs,

    Vs

    : Case# 1:17-CV-1181-~~S~~ TWT
    Case#17-13294-EE

    : PETITION FOR WRIT OF
    MANDAMUS

Barbara Hunt et.al.
    Respondents/Defendants,

<u>IN RE PETITIONERS/PLAINTIFFS/APPELLANTS WILLIAM JAMES AND TERRI TUCKER'S PETITION FOR WRIT OF MANDAMUS IN APPELLATE COURT FOR FILING A WRIT OF MANDAMUS MOTION FOR RECONSIDERATION OF APPEAL OF CASE# 17-13294-EE PURSUANT TO ELEVENTH CIRCUIT COURT OF APPEALS RULE 21., FRAP 21 AND 28 U.S.C. 1331, 1361 AGAINST BARBARA HUNT, HARPO, OPRAH WINFREY, OPRAH WINFREY NETWORK (OWN), TYLER PERRY AKA EMMETT PERRY, JR. AND ALL ALIASES, THE TYLER PERRY COMPANY, TYLER PERRY STUDIOS, CHIEF JUDGE THOMAS W. THRASH, JR.</u>

Plaintiffs/Petitioners are filing this notice of petition to the district court in accordance with FRAP 21, PLEASE TAKE NOTICE that, upon the accompanying Motions a Supplemental Appendix will be filed in the Eleventh Circuit Court of Appeals within 7 days of this petition for Writ of Mandamus.

1

Plaintiffs, reserve their rights on appeal of final Judgement and earlier filings of the appendix, briefs including all of the exhibits appended thereto and forthcoming in this Action.

1. Plaintiffs William James and Terri Tucker are filing the Motion for Reconsideration for Writ of Mandamus of the Mandamus Act Mandamus Act 28 U.S.C. § 1331, 1361 and other Extraordinary Writs, pursuant to additional laws and statutes Pursuant to Federal Rule of Appellate Procedure ("Fed. R. App. P.") 27, and Eleventh Circuit Court Appellate Rules 27-2 and 41-1.

2. Appellants William James and Terri Tucker, Pro Se Litigants and "Private Attorney Generals" pray the Appellate Court accepts this ("Emergency") Motion to Reconsider the Appeal under the laws of the Mandamus Act 28 U.S.C. § 1331, 1361,

3. Vacate and Modify the DISMISSAL Orders of this Court based on the Jurisdiction of 2010 Georgia Code Title 9 – Civil Practice, Chapter 6 – Extraordinary Writs, Article 2 - Mandamus § 9-6-20 –(O.C.G.A.) and find there is no other remedy of law for interlocutory appeal pursuant to 28 U.S.C 1291(a) and 1292(b) from Orders uncertified, unsigned Doc. 71, 76, 95 & 96.

4. Federal Rules of Civil Procedure (Rule) for Default Judgments-Rule 55, Service of Process-Rule 4, Timing of Filing-Rule 5, 6 & 12, the laws as it

pertains to

5. 28 U.S.C. 133, 144 & 455, and the U.S. Constitution- 5, 6, 7, 11 and 14th Amendments.
6. Discovery of the case pursuant to Rule 37(a)(1), the procedures for court proceedings.
7. The Eleventh Circuit Court of Appeals Denied the Appellants/Plaintiffs interlocutory appeal pursuant to 1291(a) and1292(b) Orders were not signed, certified or sealed and file the orders doc. 71, 76, 95 & 96 on the record.
8. The Appellants ask that the issues for Writ of Mandamus be considered an ("Emergency") since the Defendants are requesting motions to be considered before the errors in the record are corrected.
9. The Defendants failed to file an extension or opposition to Discovery Interrogatories before the due dates and deadlines of the 30-day discovery request. Five days later the Defendants file a Motion to Stay Discovery and it was Granted although the Admissions should have been deemed admitted as true, and Six (6) days later the Chief Judge Trash, Jr issued unsigned orders on doc. 95 which were not sealed, the only opinion issued was in violation of the Plaintiffs constitution Rights, biased and personally attacking the Plaintiffs unjustly in an adversarial manner in concert with the Defendants using the exact verbiage of Doc. 87 and 89.

This needs to be reviewed in the Writ of Mandamus.

10. The Defendants were challenged by the Plaintiffs on Service of Process, the Defendants were never made to divulge the proof that service was ever made pursuant to Rule 4. When the Defendants challenged the Plaintiffs service of process the Plaintiffs had already provided proof of service but when the Judge ignored the record, Plaintiffs quickly re served and provided sworn affidavits of service, which went ignored.

11. This Petition serves as notice to the District Court and Clerk of the Court and all Defendants Barbara Hunt et., al. Counsel of Record.

12. Plaintiffs will move this Court at the United States Courthouse for the Northern District of Georgia, 75 Ted Turner Atlanta, GA 30303 Clerk of the Courts Office, of the Georgia United States District Court.

Submitted on: October 18, 2017

William James
PRIVATE ATTORNEY GENERAL
9100 South Drexel Ave
Chicago, Illinois 60619
Email: BJ255758@yahoo.com
Phone 773-990-9973

Terri V. Tucker (aka)
Donald-Strickland
PRIVATE ATTORNEY GENERAL
1136 Joslin Path
Douglasville, GA 30134
terrilowe43@gmail.com
Phone: 347-705-2043

## **RULE 7.1(D) CERTIFICATE**

The undersigned "Private Attorney General" and Pro Se Litigants certifies this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).

Date: October 18, 2017

*[signature: William James]*

William James
PRIVATE ATTORNEY GENERAL
9100 South Drexel Ave
Chicago, Illinois 60619
Email: BJ255758@yahoo.com
Phone 773-990-9973

*[signature: Terri Tucker]*

Terri V. Tucker (aka)
Donald-Strickland
PRIVATE ATTORNEY GENERAL
1136 Joslin Path
Douglasville, GA 30134
terrilowe43@gmail.com
Phone: 347-705-2043

# **RULE 11 CERTIFICATION**

Plaintiff's William James and Terri Tucker "Private Attorney Generals" and Pro Se Litigants, affirm that all of the content of this Petition Motion for Writ of Mandamus authored by the Plaintiffs is true in its entirety to our belief. We certify that all representations made to the court are truthful.

Date: October 18, 2017        *William James*

 

*[signature]*

William James
PRIVATE ATTORNEY GENERAL
9100 South Drexel Ave
Chicago, Illinois 60619
Email: BJ255758@yahoo.com
Phone 773-990-9973

*[signature]*

Terri V. Tucker (aka)
Donald-Strickland
PRIVATE ATTORNEY GENERAL
1136 Joslin Path
Douglasville, GA 30134
terrilowe43@gmail.com
Phone: 347-705-2043

## SWORN DECLATORY STATEMENT

I, William James, Plaintiff and "Private Attorney General" attest and swear to the legitimacy of the documents submitted in this Petition for Writ of Mandamus for Motion to Reconsider Appeal in the Eleventh Circuit Court of Appeals on the Defendants, Tyler Perry Company, Tyler Perry Studios, Tyler Perry aka Emmett Perry, Jr. and all other known and unknown aliases, Oprah Winfrey, Oprah Winfrey Network (OWN), HARPO, Lions Gate Entertainment, and Barbara Hunt and Chief Judge Thomas W. Thrash, Jr. I attest that I the Plaintiff attest that all aforementioned are true in to the best of the ability of my knowledge, research as well as provided copies of original documents for last certified process mailing or prints contained in the exhibits and motions and pleadings, and reply's of this Civil RICO Case have not been altered and are true.

I, Terri Tucker Aka Donald-Strickland, TLO-Redness, Plaintiff and "Private Attorney General" attest and swear to the legitimacy of the documents submitted in this Petition for Writ of Mandamus for Motion to Reconsider Appeal in the Eleventh Circuit Court of Appeals on the Defendants, Tyler Perry Company, Tyler Perry Studios, Tyler Perry aka Emmett Perry, Jr. and all other known and unknown aliases, Oprah Winfrey, Oprah Winfrey Network (OWN), HARPO, Lions Gate Entertainment, and Barbara Hunt and Chief Judge Thomas W. Thrash, Jr.   I attest that I the Plaintiff attest that all aforementioned are true in to the best of the ability of my knowledge, research as well as provided

copies of original documents for last certified process mailing or prints contained in the exhibits and motions and pleadings, and replies of this Civil RICO Case have not been altered and are true.

Date: October 18, 2017

*William James*

_____
William James
PRIVATE ATTORNEY GENERAL
9100 South Drexel Ave
Chicago, Illinois 60619
Email: BJ255758@yahoo.com
Phone 773-990-9973

*Terri V. Tucker*

_____
Terri V. Tucker (aka)
Donald-Strickland
PRIVATE ATTORNEY GENERAL
1136 Joslin Path
Douglasville, GA 30134
terrilowe43@gmail.com
Phone: 347-705-2043

## CERTIFICATE OF SERVICE

This is to certify that I have this 18th day of October 2017 served on all parties with the "Emergency" Petition Motion for Reconsideration for Writ of Mandamus Foregoing Plaintiffs William James and Terri Tucker Served all Defendants, Barbara Hunt et. al., the counsel of record and filing by hand delivery to the Atlanta Division District Clerk of Court and the Eleventh Circuit Clerk of the Court served by mail on all parties by U.S.P.S and Proofs of service on all parties..

Date: October 18, 2017

*William James*

William James
PRIVATE ATTORNEY GENERAL
9100 South Drexel Ave
Chicago, Illinois 60619
Email: BJ255758@yahoo.com
Phone 773-990-9973

Terri V. Tucker (aka)
Donald-Strickland
PRIVATE ATTORNEY GENERAL
1136 Joslin Path
Douglasville, GA 30134
terrilowe43@gmail.com
Phone: 347October 18, 2017

FILED WITH THE CLERK OF THE COURT:
UNITED STATES DISTRICT COURT NOTHERN DISTRICT OF GEORGIA,
ATLANTA DIVISION
CLERK OF THE COURT
75 TED TURNER DIVE SW
ATLANTA, GA 30303
PHONE: 404 215 1655


THE CLERK OF THE COURT:

    To: United States Court of Appeals for the Eleventh Circuit
    Clerk of the Court: David J. Smith
    Reply to: Eora Jackson, EE/gmp
    Forsyth Street N.W.
    Atlanta, GA 3003
    Phone: 404 335-6173

Attorneys for the Defendants:

To: RICHARD A. GORDON, P.C.
Attorney for Defendant
1495 Powers Ferry Road #101
Marietta, GA 30067
Phone: 770-952-2900

To: PRYOR CASHMAN, LLP
Tom Ferber
(Pro Hac Vice)
7 Times Square
New York, NY 10036-6569
Phone: 212-421-4100

John A Horn
United States Attorney
Lori M. Beranek
Assistant United States Attorney
600 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GS 30303
Phone: 404-581-6000




US POSTAGE AND FEES PAID
PRIORITY MAIL
Oct 18 2017
Mailed from ZIP 30134
1 lb PM Zone 1

CommercialPlusPrice    071800986525

**PRIORITY MAIL 1–DAY**

TERRI TUCKER
1136 JOSLIN PATH
Douglasville GA 30134                 0005





SHIP TO:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
75 TED TURNER DR SW
ATLANTA GA 30303-3315

USPS TRACKING #



9405 5102 0079 3551 0839 17

SEE NOTICE ON REVERSE regarding UPS Terms and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.



PS00001000014    EP14F July 2013
                 OD: 12.5 x 9.5

PRESS FIRMLY TO SEAL    PRESS FIRMLY TO SEAL    PRIORITY MAIL POSTAGE REQUIRED



FROM: Terri Tucker
William James
1136 Joslin Path
Douglasville GA 30134

TO:

United States District Court
Northern District of Georgia
Atlanta Division
Clerk of the Court
75 Ted Turner Dr SW.
Atlanta, GA 30303



CLEARED
OCT 20 2017
U.S. Marshals
Atlanta Ga

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

