RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 1 9 2018

JAMES N. HATTEN, Clerk
By: ~~Deputy Clerk~~

UNITED STATES GOVERNMENT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

William James, Sui Juris  :
Terri V. Tucker AKA
(Donald-Strickland), Sui Juris

      Defendants,

Vs.

        : Case # 1:17-CV-1181-TWT

        : FINAL JUDGMENT ORDER

BARBARA HUNT, et. al.

      Plaintiffs,

---

## FINAL JUDGEMENT ORDER

This is a pro se civil RICO action. It is before the Court on the Plaintiffs' Barbara Hunt et. al. of Doc. 74 for Judgment on the Pleadings Judgment was ordered on Doc. 138 and as Plaintiffs William James and Terri Tucker for Doc. 143 "Granted" for Defendants William James and Terri Tuckers' Motion for Judgment Pursuant to Rule 54(b)(c)(d), 55, 58, 59(e) and 62 Motion to Stay Proceedings and Enforce Judgment. Therefore, the Motion for Judgment is GRANTED and a Final Judgment Order against the Plaintiffs Barbara Hunt et. al.

This Judgment Order is not Appealable as a matter of law pursuant to 28 U.S.C. 1291(b) or 1292(b) since the Appeal was not filed pursuant to Appellate Rule 4 or 11th Circuit Court Rule 4 within a timely manner.

SO ORDERED, this _____ day of _____, 2018.

_____
THOMAS W. THRASH, JR.
United States District Judge

Submitted by:

Date: March 19, 2018

*William James* (signature)

_____
William James
PRIVATE ATTORNEY GENERAL
3058 Fresno Lane
Homewood, Illinois 60460
Email: BJ255758@yahoo.com
Phone 773-990-9973

_____
Terri V. Tucker (aka)
Donald-Strickland
PRIVATE ATTORNEY GENERAL
1136 Joslin Path
Douglasville, GA 30134
Email: terrilowe43@gmail.com
Phone: 347-705-2043

## **CERTIFICATE OF SERVICE**

This is to certify that I have this 19th day of March 2018 served all parties with the foregoing Defendants William James and Terri Tucker Final Judgment Orders on Barbara Hunt et. al., filing by hand delivery to the Clerk of Court and served by mail on all parties by U.S.P.S and Certified Proofs of last certified mailing.

Date: March 19, 2018.

*/s/ William James*

William James
PRIVATE ATTORNEY GENERAL
3058 Fresno Lane
Homewood, Illinois 60430
Email: BJ255758@yahoo.com
Phone 773-990-9973

*/s/ Terri V. Tucker*

Terri V. Tucker (aka)
Donald-Strickland
PRIVATE ATTORNEY GENERAL
1136 Joslin Path
Douglasville, GA 30134
Email: terrilowe43@gmail.com
Phone: 347-705-2043

CLERK OF THE COURT

    To: DOCKETING CLERK
    75 Ted Turner Drive SW
    Atlanta, GA 30303
    Phone: 404 215 1655

Attorneys for the Defendants:

    To: RICHARD A. GORDON, P.C.
    Attorney for Defendant
    1495 Powers Ferry Road #101
    Marietta, GA 30067
    Phone: 770-952-2900

    To: PRYOR CASHMAN, LLP
    Tom Ferber
    (Pro Hac Vice)
    7 Times Square
    New York, NY 10036-6569
    Phone: 212-421-4100

    John A Horn
    United States Attorney
    Lori M. Beranek
    Assistant United States Attorney
    600 United States Courthouse
    75 Ted Turner Drive, S.W.
    Atlanta, GS 30303
    Phone: 404-581-6000