# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WILLIAM JAMES and TERRI V. TUCKER,<br><br>          Plaintiffs,<br><br>vs.<br><br>BARBARA HUNT, HARPO, LIONSGATE ENTERTAINMENT, OPRAH WINFREY NETWORK, OPRAH WINFREY, TYLER PERRY COMPANY, TYLER PERRY STUDIOS,<br><br>          Defendants. | CIVIL ACTION FILE<br><br>NO.  1-17-cv-1181-TWT |

## J U D G M E N T

This action having come before the court, Honorable THOMAS W. THRASH, JR., Chief United States District Judge, for consideration of Defendant Barbara Hunt's Motion to Dismiss and Defendant Harpo, Lionsgate Entertainment, Oprah Winfrey Network, Oprah Winfrey, Tyler Perry Company and Tyler Perry Studios' Motions for Summary Judgment, and the court having GRANTED said motions by Orders dated October 19, 2017 and August 10, 2018, it is

**Ordered and Adjudged** that Plaintiffs take nothing; that Defendants recover their costs of this action and the action be, and the same hereby, is **dismissed.**

Dated at Atlanta, Georgia, this 9th day of August, 2018.

                              JAMES N. HATTEN
                              CLERK OF COURT and
                              DISTRICT COURT EXECUTIVE

                                                By:  <u>s/J. Lee</u>  
                                                     Deputy Clerk

Prepared, Filed, and Entered  
in the Clerk's Office  
   August 10, 2018  
James N. Hatten  
Clerk of Court  
By: <u>s/J. Lee</u>  
      Deputy Clerk