# RICHARD A. GORDON, P.C.
## ATTORNEYS AT LAW

RICHARD A. GORDON

SUITE 101
1495 POWERS FERRY ROAD
MARIETTA, GEORGIA 30067
(770) 952-2900   fax (770) 952-2901
e-mail: GJLAW@bellsouth.net

RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 2 3 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

October 22, 2019

Mr. James N. Hatten
U.S. District Court Executive/Clerk of Court
Northern District of Georgia
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303


VIA HAND DELIVERY


Re: Case No. 1:17-cv-01181-TWT;
    William James and Terri V. Tucker vs. Barbara Hunt, et al.

Dear Mr. Hatten:

    This firm is co-counsel for the Defendants, Barbara Hunt, Harpo, Lionsgate Entertainment, Oprah Winfrey Network (OWN), Oprah Winfrey, Tyler Perry Company, Tyler Perry Studios (TPS), and Tyler Perry a/k/a all aliases, in the above-referenced civil action. In that capacity, there was received at our office via U.S. mail and PACER e-file notice, service copies of a "Motion to Modify Discovery Period ..." which was apparently "hand filed" by Plaintiffs on October 15, 2019, and entered on the docket on October 17, 2019 as Document Number 191.

    We are mindful that ordinarily, employees of the Clerk's office may not refuse to receive documents tendered by hand at the intake counter. However, in this particular civil action, the Court entered an Order filed on August 10, 2018, appearing on the docket as Document Number 168, which provides at page 8 as follows:

> "Therefore, the Court orders that the Plaintiffs are enjoined from filing any further pleading, motion, or other paper in relation to the instant action (other than the pending appeal and any appeal of this Order), and any new lawsuit in any court against any of the Defendants named in this action involving claims arising from the

same factual predicate or nucleus of operative facts as this case without obtaining the express written permission of the undersigned."

The "Motion" tendered by Plaintiffs on October 15 neither contains, nor was preceded by "express written permission of [Chief Judge Thrash]". These circumstances are being brought to your attention in the event that you might consider some form of administrative procedure with regard to the October 15 (Doc. 191), or any future document tendered to your office by Plaintiffs in this case.

Yours truly,

Richard A. Gordon

RAG/ds
TY095

RICHARD A. GORDON, P.C.
ATTORNEYS AT LAW

SUITE 101
1495 POWERS FERRY ROAD
MARIETTA, GEORGIA 30067

Mr. James N. Hatten
U.S. District Court Executive/Clerk of Court
Northern District of Georgia
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303


VIA HAND DELIVERY