IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WILLIAM JAMES
SUI JURIS, et al.,

   Plaintiffs,

   v.

BARBARA HUNT, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:17-CV-1181-TWT

**ORDER**

This is a pro se civil RICO action. Judgment was entered in favor of the Defendants and this case was closed in August, 2018. All pending motions [Doc. 191 & 194] are DENIED.

SO ORDERED, this 25 day of February, 2020.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge