


IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

William James and
Terri Tucker (Lowe),
Plaintiffs,

v.

Barbara Hunt, Tyler Perry,
Oprah Winfrey, et al., and
Judge Thomas W. Thrash, Jr.
Defendants.

Case No: 1:17-cv-01181-TWT

Notice of Filing: Supplement to Plaintiffs' Rule 60(b)(4), (6), and 60(d)(3) Motion; And Notice of Missing or Unfiled Documents

To the Court and to Chief Judge Leigh Martin May

---

**NOTICE OF FILING: SUPPLEMENT TO PLAINTIFFS' RULE 60(b)(4), (6), AND 60(d)(3) MOTION; AND NOTICE OF MISSING OR UNFILED DOCUMENTS**

---

Civil Action No. 1:17-cv-01181-TWT

**NOTICE OF MOTION TO THE COURT AND THE HONORABLE CHIEF JUDGE LEIGH MARTIN MAY:**

Plaintiffs William James and Terri V. Tucker (Lowe) hereby Notifies this Court and Chief Judge of filing of Supplement to Fed. R. Civ. P. 60(b). This motion is based on the accompanying Memorandum of Law, the Declaration of William James and Terri V. Tucker (Lowe), Procedural Chronology, Exhibits and all pleadings and records on file, and such further evidence and argument as may be presented at hearing.

**TO THE HONORABLE CHIEF JUDGE LEIGH MARTIN MAY OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA:**

Plaintiffs William James and Terri Tucker (Lowe) respectfully notifies the Court and the Chief Judge that several recent filings—including a name change, address change, and a corrected declaration—have not appeared on the docket despite proper service and mailing. Plaintiff attaches proof of service for these documents and respectfully requests that the Court ensure that Plaintiff's Supplement to Rule 60(d) motion and all related filings are entered on the record to preserve Plaintiff's rights and the integrity of the proceedings. Plaintiff further notes that Defendants submitted a letter to the Head Clerk regarding post-judgment relief, which was placed on the record and served on all parties. Plaintiff requests that the Court ensure all filings are handled transparently and in accordance with applicable rules, and that Plaintiff's right to seek post-judgment relief is fully preserved.

Respectfully submitted,

Date Executed 11th Day of July, 2025.


Terri Tucker (Lowe)
Address: 1136 Joslin Path
Douglasville, GA 30134
Phone: 678-822-4593
Email: terrilowe43@gmail.com
Pro Se Plaintiff

William James
Address: 14920 Ashland Ave
Harvey, Illinois 60426
Phone: 773-990-9373
Email: bj255758@yahoo.com
Pro Se Plaintiff

**RULE 11 CERTIFICATION**

We, William James and Terri Tucker (Lowe) hereby certify, pursuant to Rule 11 of the Federal Rules of Civil Procedure, that to the best of our knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the foregoing motion and all supporting documents are well grounded in fact and are warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law; that the motion is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation; and that the factual contentions have evidentiary support.

**LOCAL RULE 7.1(D)**

Plaintiffs Terri Tucker (Lowe) and William James certify that this Emergency Motion to the Chief Judge complies with the type-volume limitation and formatting requirements set forth in Local Rule 7.1(D) of the Northern District of Georgia.

**VERIFICATION**

We, Terri Tucker (Lowe), and William James declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on this 11th day of July, 2025.

Respectfully submitted,


Terri Tucker (Lowe)
Address: 1136 Joslin Path
Douglasville, GA 30134
Phone: 678-822-4593
Email: terrilowe43@gmail.com
Pro Se Plaintiff

William James
Address: 14920 Ashland Ave
Harvey, Illinois 60426
Phone: 773-990-9373
Email: bj255758@yahoo.com
Pro Se Plaintiff

**CERTIFICATE OF SERVICE**

We, Plaintiffs Terri Tucker (Lowe) and William James and hereby certify that on this 11th day of July, 2025, a true and correct copy of the Notice to the Court and Chief Judge Case No. 1:17-cv-01181-TWT for newly filed, Supplement to Plaintiffs' Joint Motion To Vacate Judgment, Reopen Case, And Enter Default Judgment, Judicial Misconduct, Fraud On The Court, And Denial Of Due Process Under Fed. R. Civ. P. 60(b)(4)-(6), (d)(3) was served upon all parties of record via [ECF/elec. mail/first-class mail], including counsel for Defendants, as set forth below:

**Clerk of the Court:**

Clerk of Court
C/O Hon. Chief Judge Leigh Martin May
United States District Court
Northern District of Georgia
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

**Defendants Attorneys:**

Lori M. Beranek
Assistant United States Attorney
600 U.S. Courthouse
75 Spring Street SW
Atlanta, GA 30303

Tom J. Ferber
7 Times Square
New York, NY 10036-6569

Richard Gordon
1495 Powers Ferry Road
Ste 101
Marietta, GA 30067

Executed on this 11th day of July, 2025.

Respectfully submitted,

Terri Tucker (Lowe)
Address: 1136 Joslin Path
Douglasville, GA 30134
Phone: 678-822-4593
Email: terrilowe43@gmail.com
Pro Se Plaintiff

William James
Address: 14920 Ashland Ave
Harvey, Illinois 60426
Phone: 773-990-9373
Email: bj255758@yahoo.com
Pro Se Plaintiff

**Attachments:**

- Ex. 1 – Proof of service of Mailing Documents