EXHIBIT A

PROOF OF MAILING ADDRESS CHANGE – NAME CHANGE

AND CORRECTED STATEMENT OF FACTS



# UNITED STATES POSTAL SERVICE

CAMPBELLTON STREET
8486 CAMPBELLTON ST
DOUGLASVILLE, GA 30134-9998
www.usps.com

/2025                                           11:40

---

TRACKING NUMBERS
9505 5121 1666 5182 2867 20
9505 5121 1666 5182 2867 44
9505 5121 1666 5182 2867 68
9505 5121 1666 5182 2867 82

---

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



EXHIBIT A 2/6