IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
JUL 2 1 2025
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

William James and
Terri Tucker (Lowe),
Plaintiffs,

v.

Barbara Hunt, Tyler Perry,
Oprah Winfrey, et al., and
Judge Thomas W. Thrash, Jr.
Defendants.

Case No: 1:17-cv-01181-TWT

Notice of Filing: Plaintiffs' Notice of No Opposition and Motion for Entry of Default and Default Judgment on Rule 60(b) and Rule 60(d)(3) Motion for Relief From Judgment

To the Court and to Honorable Chief Judge Leigh Martin May

**NOTICE OF FILING: PLAINTIFFS' NOTICE OF NO OPPOSITION AND MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT ON RULE 60(b) AND RULE 60(d)(3) MOTION FOR RELIEF FROM JUDGMENT**

Civil Action No. 1:17-cv-01181-TWT

**TO THE COURT AND THE HONORABLE CHIEF JUDGE LEIGH MARTIN MAY:**

Plaintiffs William James and Terri Tucker (Lowe) hereby notify this Court and the Chief Judge of the filing of Plaintiffs' Notice of No Opposition and Motion for Entry of Default and Default Judgment on Rule 60(b) and Rule 60(d)(3) Motion for Relief from Judgment. This motion is based on Plaintiffs' prior filings and supplements (Docs. 196, 197, and 199), the Declaration of William James and Terri Tucker (Lowe), the attached Procedural Chronology, supporting Exhibits, all pleadings and records on file, and any further evidence and argument presented at hearing. Plaintiffs incorporate the entire record pursuant to Rule 10.

Plaintiffs respectfully request that the Court and the Chief Judge ensure that Plaintiffs' unopposed motion, proposed order, and all related filings are entered on the record to preserve

Notice to the Court and Chief Judge

1

Plaintiffs' rights and the integrity of these proceedings. Plaintiffs further request that the Court ensure all filings are handled transparently and in accordance with applicable rules, and that Plaintiffs' right to seek post-judgment relief is fully preserve.

Respectfully submitted,

Date Executed 21th Day of July, 2025.

Terri Tucker (Lowe)
Address: 1136 Joslin Path
Douglasville, GA 30134
Phone: 678-822-4593
Email: terrilowe43@gmail.com
Pro Se Plaintiff

William James
Address: 14920 Ashland Ave
Harvey, Illinois 60426
Phone: 773-990-9373
Email: bj255758@yahoo.com
Pro Se Plaintiff

## RULE 11 CERTIFICATION

We, William James and Terri Tucker (Lowe) hereby certify, pursuant to Rule 11 of the Federal Rules of Civil Procedure, that to the best of our knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the foregoing motion and all supporting documents are well grounded in fact and are warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law; that the motion is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation; and that the factual contentions have evidentiary support.

## LOCAL RULE 7.1(D)

Plaintiffs Terri Tucker (Lowe) and William James certify that this Emergency Motion to the Chief Judge complies with the type-volume limitation and formatting requirements set forth in Local Rule 7.1(D) of the Northern District of Georgia.

Notice to the Court and Chief Judge

2

## **VERIFICATION**

We, Terri Tucker (Lowe), and William James declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on this 21st day of July, 2025.

Respectfully submitted,

*[signature]*  
Terri Tucker (Lowe)  
Address: 1136 Joslin Path  
Douglasville, GA 30134  
Phone: 678-822-4593  
Email: terrilowe43@gmail.com  
Pro Se Plaintiff

*[signature]*  
William James  
Address: 14920 Ashland Ave  
Harvey, Illinois 60426  
Phone: 773-990-9373  
Email: bj255758@yahoo.com  
Pro Se Plaintiff

## CERTIFICATE OF SERVICE

We, Plaintiffs Terri Tucker (Lowe) and William James and hereby certify that on this 21st day of July, 2025, a true and correct copy of the Notice to the Court and Chief Judge Case No. 1:17-cv-01181-TWT for Notice of Filing: Plaintiffs' Notice of No Opposition and Motion for Entry of Default and Default Judgment on Rule 60(b) and Rule 60(d)(3) Motion for Relief From Judgment was served upon all parties of record via [ECF/elec. mail/first-class or priority mail], including counsel for Defendants, as set forth below:

**Clerk of the Court:**

Clerk of Court
C/O Hon. Chief Judge Leigh Martin May
United States District Court
Northern District of Georgia
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

**Defendants Attorneys:**

| | | |
|---|---|---|
| Lori M. Beranek<br>Assistant United States Attorney<br>600 U.S. Courthouse<br>75 Spring Street SW<br>Atlanta, GA 30303 | Tom J. Ferber<br>7 Times Square<br>New York, NY 10036-6569 | Richard Gordon<br>1495 Powers Ferry Road<br>Ste 101<br>Marietta, GA 30067 |

Executed on this 21st day of July, 2025.

Respectfully submitted,

*(signature)*
Terri Tucker (Lowe)
Address: 1136 Joslin Path
Douglasville, GA 30134
Phone: 678-822-4593
Email: terrilowe43@gmail.com
Pro Se Plaintiff

*(signature)*
William James
Address: 14920 Ashland Ave
Harvey, Illinois 60426
Phone: 773-990-9373
Email: bj255758@yahoo.com
Pro Se Plaintiff