IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 1 8 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

William James and
Terri Tucker (Lowe),
Plaintiffs,

Civil Action No. 1:17-cv-01181-TWT

Update Personal Information

v.

Barbara Hunt, Tyler Perry,
Oprah Winfrey, et al., and
Judge Thomas W. Thrash, Jr.
Defendants.

Thomas W. Thrash, Jr. U.S.D.J.

## NOTICE OF CHANGE OF NAME AND ADDRESS

Notice of Change of Name and Address - Update Personal Information:

Plaintiffs, Terri Lowe (formerly known as Terri Tucker), and William James respectfully submits

this Notice to the Court and all parties to update the official record regarding the following

changes:

1. Change of Name: Plaintiff's legal name has changed from Terri Tucker to Terri Lowe due to

the restoration of her maiden name following divorce proceedings. All future filings and

correspondence should reflect the name Terri Lowe.

2. Change of Address for William James: Please update the address for William James to:

14920 Ashland Ave

Harvey, Illinois 60426

3. Service and Records

Please direct all future correspondence, service of process, and official court communications to

the updated names and addresses as reflected above.

Update Personal Information

1

Dated the 30th of June 2025,

Respectfully submitted,

Terri Tucker (Lowe)
Address: 1136 Joslin Path
Douglasville, GA 30134
Phone: 678-822-4593
Email: terrilowe43@gmail.com
Pro Se Plaintiff

William James
Address: 14920 Ashland Ave
Harvey, Illinois 60426
Phone: 773-990-9373
Email: bj255758@yahoo.com
Pro Se Plaintiff

Update Personal Information

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

William James and
Terri Tucker (Lowe),
Plaintiffs,

v.

Barbara Hunt, Tyler Perry,
Oprah Winfrey, et al.,
Defendants.

Civil Action No. 1:17-cv-01181-TWT

Re: Plaintiffs' Joint Motion To Vacate
Judgment, Reopen Case, And Enter Default
Judgment Pursuant To Fed. R. Civ. P.
60(B)(4)-(6), (D)(3)/Procedural
Chronology/Exhibits

Judge: Thomas W. Thrash, Jr.

---

## CERTIFICATE OF SERVICE

We hereby certify that on this 30th day of June, 2025, we caused to be served a true and

correct copy of the foregoing:

Plaintiffs' Notice of Motion and Motion for Relief Pursuant to Rule 60(b); Memorandum

of Law in Support; Declaration(s) and all exhibits thereto, by filing the same with the Clerk of

Court in person, Plaintiffs' are prose and do not have access to electronic filing, we further

certify that a copy was served by first-class U.S. Mail, postage prepaid, addressed as follows:

Defendants Attorneys:

Lori M. Beranek
Assistant United States
Attorney
600 U.S. Courthouse
75 Spring Street SW

Tom J. Ferber
7 Times Square
New York, NY 10036-
6569

Richard Gordon
1495 Powers Ferry Road
Ste 101
Marietta, GA 30067

Update Personal Information

Respectfully submitted,

Terri Tucker (Lowe)
Address: 1136 Joslin Path
Douglasville, GA 30134
Phone: 678-822-4593
Email: terrilowe43@gmail.com
Pro Se Plaintiff

William James
Address: 14920 Ashland Ave
Harvey, Illinois 60426
Phone: 773-990-9373
Email: bj255758@yahoo.com
Pro Se Plaintiff

Update Personal Information