IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION



William James and
Terri Tucker (Lowe),
Plaintiffs,

v.

Barbara Hunt, Tyler Perry,
Oprah Winfrey, et al., and
Judge Thomas W. Thrash, Jr.
Defendants.

Case No: 1:17-cv-01181-TWT

To The Court and Notice of Filing to the
Honorable Chief Judge Leigh Martin May of
Plaintiffs' Reply to Defendants' Doc. 206
Response to Plaintiffs' Rule 60(b) Motion
Doc. 203 Unopposed Motion

To the Court and to Honorable Chief Judge
Leigh Martin May

## TO THE COURT AND NOTICE OF FILING TO THE HONORABLE CHIEF JUDGE LEIGH MARTIN MAY OF PLAINTIFFS' REPLY TO DEFENDANTS' DOC. 206 RESPONSE TO PLAINTIFFS' RULE 60(B) DOC. 203 UNOPPOSED MOTION

Civil Action No. 1:17-cv-01181-TWT

**TO THE COURT AND NOTICE OF FILING TO THE HONORABLE CHIEF JUDGE**

**LEIGH MARTIN MAY**

Plaintiffs William James and Terri Tucker (Lowe) respectfully submit this Notice of Filing to inform the Chief Judge and the Court that Plaintiffs have filed their Supplement and Reply in further support of their pending Rule 60(b)(4)-(6) and Rule 60(d)(3) motions for relief from judgment (anticipated as Doc. 207), specifically as a reply to Defendants' Response (Doc. 206) to Plaintiffs' Unopposed Motion (Doc. 203), and in opposition to Defendants' Motion to Reject Filings and for Injunction.

To The Court and Notice of Filing to the Honorable
Chief Judge Leigh Martin May of Plaintiffs' Reply
to Defendants' Doc. 206 Response to Plaintiffs'
Rule 60(b) Motion Doc. 203 Unopposed Motion        1

Plaintiffs further state that their emergency motion for intervention (Doc. 196) and Rule 60(b) motion (Doc. 197) were submitted to Judge Thrash on July 31, 2025, and that their subsequent motion for intervention and related post-judgment filings were also submitted to Judge Thrash on July 31, 2025, all in accordance with the Federal Rules of Civil Procedure and this Court's Local Rules.

This Notice is submitted to ensure the integrity and completeness of the record, and to confirm that Plaintiffs' filings are properly entered and preserved for judicial review. Plaintiffs respectfully assert their right—recognized under the Federal Rules and binding Supreme Court authority—to seek post-judgment relief and to have their motions fully considered on the merits. See *Standard Oil Co. v. United States*, 429 U.S. 17, 18 (1976) (post-judgment motions not barred by injunctions).

Plaintiffs further note that Defendants continue to request that the Clerk or the Court prohibit or block Plaintiffs' post-judgment motions. Such requests are contrary to binding U.S. Supreme Court authority, which holds that post-judgment motions—including those under Rule 60(b)—cannot be barred or restricted by pre-filing injunctions or gatekeeping orders. See *Standard Oil Co. v. United States*, 429 U.S. 17, 18 (1976); *Abdul-Akbar v. Watson*, 901 F.2d 329, 333 (3d Cir. 1990). Plaintiffs' right to seek post-judgment relief and have such motions considered on the merits is fundamental to due process and cannot be abrogated by Defendants' procedural requests.

Plaintiffs also respectfully advise the Chief Judge that, based on prior experience in this matter, there is a risk that post-judgment filings may not be promptly or properly entered on the docket or may otherwise go missing if not specifically brought to the Chief Judge's attention. This

To The Court and Notice of Filing to the Honorable
Chief Judge Leigh Martin May of Plaintiffs' Reply
to Defendants' Doc. 206 Response to Plaintiffs'
Rule 60(b) Motion Doc. 203 Unopposed Motion        2

Notice is therefore submitted to ensure that all filings are duly recorded, accessible for review, and that no party's rights are prejudiced by procedural irregularities or omissions.

Plaintiffs submit this Notice to maintain a clear, accurate, and accessible record for all judicial officers, and to ensure the fair and orderly administration of justice.

Respectfully submitted this 6th day of August, 2025.

Terri Tucker (Lowe)
Address: 1136 Joslin Path
Douglasville, GA 30134
Phone: 678-822-4593
Email: terrilowe43@gmail.com
Pro Se Plaintiff

William James
Address: 14920 Ashland Ave
Harvey, Illinois 60426
Phone: 773-990-9373
Email: bj255758@yahoo.com
Pro Se Plaintiff

## **RULE 11 CERTIFICATION**

We, William James and Terri Tucker (Lowe) hereby certify, pursuant to Rule 11 of the Federal Rules of Civil Procedure, that to the best of our knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the foregoing motion and all supporting documents are well grounded in fact and are warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law; that the motion is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation; and that the factual contentions have evidentiary support.

To The Court and Notice of Filing to the Honorable
Chief Judge Leigh Martin May of Plaintiffs' Reply
to Defendants' Doc. 206 Response to Plaintiffs'
Rule 60(b) Motion Doc. 203 Unopposed Motion          3

## LOCAL RULE 7.1(D)

Plaintiffs Terri Tucker (Lowe) and William James certify that this Emergency Motion to the Chief Judge complies with the type-volume limitation and formatting requirements set forth in Local Rule 7.1(D) of the Northern District of Georgia.

## VERIFICATION

We, Terri Tucker (Lowe), and William James declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on this 6th day of August, 2025.

Respectfully submitted,

Terri Tucker (Lowe)
Address: 1136 Joslin Path
Douglasville, GA 30134
Phone: 678-822-4593
Email: terrilowe43@gmail.com
Pro Se Plaintiff

William James
Address: 14920 Ashland Ave
Harvey, Illinois 60426
Phone: 773-990-9373
Email: bj255758@yahoo.com
Pro Se Plaintiff

To The Court and Notice of Filing to the Honorable
Chief Judge Leigh Martin May of Plaintiffs' Reply
to Defendants' Doc. 206 Response to Plaintiffs'
Rule 60(b) Motion Doc. 203 Unopposed Motion         4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Filing was served on all parties via the Court's CM/ECF system on August 6, 2025.including counsel for Defendants, as set forth below:

### Clerk of the Court:

Clerk of Court
C/O Hon. Chief Judge Leigh Martin May
United States District Court
Northern District of Georgia
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

### Defendants Attorneys:

| | | |
|---|---|---|
| Lori M. Beranek<br>Assistant United States Attorney<br>600 U.S. Courthouse<br>75 Spring Street SW<br>Atlanta, GA 30303 | Tom J. Ferber<br>7 Times Square<br>New York, NY 10036-6569 | Richard Gordon<br>1495 Powers Ferry Road<br>Ste 101<br>Marietta, GA 30067 |

Executed on this 6th day of August, 2025.

Respectfully submitted,

*/s/ Terri Tucker*
Terri Tucker (Lowe)
Address: 1136 Joslin Path
Douglasville, GA 30134
Phone: 678-822-4593
Email: terrilowe43@gmail.com
Pro Se Plaintiff

*/s/ William James*
William James
Address: 14920 Ashland Ave
Harvey, Illinois 60426
Phone: 773-990-9373
Email: bj255758@yahoo.com
Pro Se Plaintiff
To The Court and Notice of Filing to the Honorable Chief Judge Leigh Martin May of Plaintiffs' Reply to Defendants' Doc. 206 Response to Plaintiffs' Rule 60(b) Motion Doc. 203 Unopposed Motion

5