IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WILLIAM JAMES
SUI JURIS, et al.,

    Plaintiffs,

    v.

BARBARA HUNT, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:17-CV-1181-TWT

**ORDER**

This is a pro se civil RICO action that was dismissed and the case closed seven years ago. The numerous Motions recently filed by the pro se Plaintiffs were filed in violation of the Injunction Order issued by this Court on August 10, 2018, prohibiting the Plaintiffs from filing any papers in this case or any new cases related to this case without obtaining my express written permission. The Motions [Doc. 196, 197, 203 & 204] are DENIED.

SO ORDERED, this  8th  day of August, 2025.

                                                          /s/ Thomas W. Thrash
                                                          THOMAS W. THRASH, JR.
                                                          United States District Judge