IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
AUG 11 2025
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| William James and<br>Terri Tucker (Lowe),<br>Plaintiffs, | Civil Action No. 1:17-cv-01181-TWT |
| v. | |
| Barbara Hunt, Tyler Perry,<br>Oprah Winfrey, et al., and<br>Thomas W. Thrash, Jr.<br>Defendants. | Notice and Respectful Request for<br>Clarification and Recusal Pursuant To 28<br>U.S.C. § 455<br><br>Hon. Thomas W. Thrash, Jr. U.S.D.J. |

**NOTICE AND RESPECTFUL REQUEST FOR CLARIFICATION AND RECUSAL**

**PURSUANT TO 28 U.S.C. § 455**

Civil Action No. 1:17-cv-01181-TWT

NOTICE AND RESPECTFUL REQUEST FOR CLARIFICATION AND RECUSAL

PURSUANT TO 28 U.S.C. § 455

Plaintiffs, appearing pro se and out of an abundance of caution, respectfully submit this Notice

and Request for Clarification regarding the Court's August 10, 2018 injunction order and

Plaintiffs' statutory rights and obligations under 28 U.S.C. § 455.

Plaintiffs are mindful of the Court's prior injunction order, and do not seek to violate or

circumvent any order of this Court. However, Plaintiffs are also compelled to preserve their

rights under federal law, which mandates that "[a]ny justice, judge, or magistrate judge of the

United States shall disqualify himself in any proceeding in which his impartiality might

reasonably be questioned... or where he is a party to the proceeding." 28 U.S.C. § 455(a), (b)(5). The Supreme Court has held that recusal under § 455 is not discretionary and cannot be waived by the parties or the judge. See, e.g., *Liljeberg v. Health Servs. Acquisition Corp.*, 486 U.S. 847, 865 (1988); *Caperton v. A.T. Massey Coal Co.*, 556 U.S. 868, 881 (2009); *Tumey v. Ohio*, 273 U.S. 510, 523 (1927).

Plaintiffs therefore respectfully request clarification from the Court as to whether submission of this Notice and the preservation of a request for recusal under 28 U.S.C. § 455 would be deemed a violation of the injunction order, or whether the Court will recognize that such a request is mandatory under federal law and necessary to preserve the integrity of the proceedings, Plaintiffs' appellate rights, and the appearance of justice.

Should the Court determine that a formal motion for recusal is required, Plaintiffs respectfully request leave to file such a motion without risk of contempt or sanctions, solely for the purpose of complying with 28 U.S.C. § 455 and relevant Supreme Court authority.

Plaintiffs make this request in good faith, without intent to harass or burden the Court, and solely to preserve the record and ensure full compliance with the law.

Respectfully submitted,

Executed on August 11, 2025,

*[signature]*
Terri Tucker (Lowe)
Address: 1136 Joslin Path
Douglasville, GA 30134
Phone: 678-822-4593
Email: terrilowe43@gmail.com
Pro Se Plaintiff

*[signature]*
William James
Address: 14920 Ashland Ave
Harvey, Illinois 60426
Phone: 773-990-9373
Email: bj255758@yahoo.com
Pro Se Plaintiff

## RULE 11 CERTIFICATION

We, William James and Terri Lowe hereby certify, pursuant to Rule 11 of the Federal Rules of Civil Procedure, that to the best of our knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the foregoing motion and all supporting documents are well grounded in fact and are warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law; that the motion is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation; and that the factual contentions have evidentiary support.

## LOCAL RULE 7.1(D) CERTIFICATION

Motions and responses must not be presented to the court by letter. All requests for relief must be made by written motion, not by letter, and must be filed with the clerk of court.

Date Executed, August 11, 2025.

Terri Tucker (Lowe)
Address: 1136 Joslin Path
Douglasville, GA 30134
Phone: 678-822-4593
Email: terrilowe43@gmail.com
Pro Se Plaintiff

William James
Address: 14920 Ashland Ave
Harvey, Illinois 60426
Phone: 773-990-9373
Email: bj255758@yahoo.com
Pro Se Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| William James and Terri Tucker (Lowe), Plaintiffs, <br><br> v. <br><br> Barbara Hunt, Tyler Perry, Oprah Winfrey, et al., and Judge Thomas W. Thrash, Jr. Defendants. | Civil Action No. 1:17-cv-01181-TWT <br><br> Joint Declaration Of Terri Tucker (Lowe) and William James In Support of Plaintiffs' Motion For Summary Judgment Under Rule 56 and for Relief Under Rule 60(b) and 60(d) <br><br> Thomas W. Thrash, Jr. U.S.D.J. |

## JOINT DECLARATION OF TERRI TUCKER (LOWE) AND WILLIAM JAMES IN SUPPORT OF NOTICE AND RESPECTFUL REQUEST FOR CLARIFICATION AND RECUSAL PURSUANT TO 28 U.S.C. § 455

We, Terri Tucker (Lowe) and William James, declare under penalty of perjury as follows:

1. We are the plaintiffs in this action, proceeding pro se, and make this declaration based on our personal knowledge, review of the record, and direct participation in the relevant events.

2. We have reviewed the attached Notice and Respectful Request for Clarification and Recusal Pursuant to 28 U.S.C. § 455, and affirm that the factual statements therein are true and correct to the best of our knowledge, information, and belief.

3. We respectfully submit that this request is made in good faith, solely for the purpose of complying with federal law, preserving our statutory and constitutional rights, and ensuring the integrity and impartiality of these proceedings.

4. We further affirm that we do not intend to violate or circumvent any prior order of this Court, including the August 10, 2018 injunction, but are compelled by 28 U.S.C. § 455 and binding Supreme Court authority to raise this issue for the record and for clarification.

5. We make this declaration to support the truth, accuracy, and necessity of our request for clarification and recusal, and to demonstrate our intent to comply with all applicable laws, court orders, and ethical obligations.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 11, 2025.

*[signature]*
Terri Tucker (Lowe)
Address: 1136 Joslin Path
Douglasville, GA 30134
Phone: 678-822-4593
Email: terrilowe43@gmail.com
Pro Se Plaintiff

*[signature]*
William James
Address: 14920 Ashland Ave
Harvey, Illinois 60426
Phone: 773-990-9373
Email: bj255758@yahoo.com
Pro Se Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| William James and<br>Terri Tucker (Lowe),<br>Plaintiffs,<br><br>v.<br><br>Barbara Hunt, Tyler Perry,<br>Oprah Winfrey, et al., and<br>Judge Thomas W. Thrash, Jr.<br>Defendants. | Civil Action No. 1:17-cv-01181-TWT<br><br>Plaintiffs' Motion for Summary Judgment Under<br>Rule 56 And for Relief Under Rule 60(b) and 60(d);<br>Incorporated Memorandum of Law<br><br>Thomas W. Thrash, Jr. U.S.D.J. |

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2025, I caused a true and correct copy of the foregoing **Notice and Respectful Request for Clarification and Recusal Pursuant to 28 U.S.C. § 455** and all supporting documents to be served on all parties and counsel of record via the Court's CM/ECF electronic filing system. For any parties not registered with CM/ECF, service was effected by first-class U.S. mail, postage prepaid, addressed as follows:

**Defendants Attorneys:**

| | | |
|---|---|---|
| Lori M. Beranek<br>Assistant United States Attorney<br>600 U.S. Courthouse<br>75 Spring Street SW<br>Atlanta, GA 30303 | Tom J. Ferber, Esq<br>7 Times Square<br>New York, NY 10036-6569 | Richard Gordon, Esq<br>1495 Powers Ferry Road<br>Ste 101<br>Marietta, GA 30067 |

Executed on 11th Day of August, 2025.

Respectfully submitted,

*[signature]*

Terri Tucker (Lowe)
Address: 1136 Joslin Path
Douglasville, GA 30134
Phone: 678-822-4593
Email: terrilowe43@gmail.com
Pro Se Plaintiff

*[signature]*

William James
Address: 14920 Ashland Ave
Harvey, Illinois 60426
Phone: 773-990-9373
Email: bj255758@yahoo.com
Pro Se Plaintiff