FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 11 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| William James and<br>Terri Tucker (Lowe),<br>Plaintiffs,<br><br>v.<br><br>Barbara Hunt, Tyler Perry,<br>Oprah Winfrey, et al., and<br>Thomas W. Thrash, Jr.<br>Defendants. | Civil Action No. 1:17-cv-01181-TWT<br><br>Notice and Motion for Recusal,<br>Reassignment, and Judicial Review of<br>Procedural and Ethical Violations Relating<br>to Plaintiffs' Rule 60(B) and Renewed<br>Summary Judgment Filings<br><br>Honorable Chief Leigh Martin May |

## NOTICE AND MOTION FOR RECUSAL, REASSIGNMENT, AND JUDICIAL REVIEW OF PROCEDURAL AND ETHICAL VIOLATIONS RELATING TO PLAINTIFFS' RULE 60(b) AND RENEWED SUMMARY JUDGMENT FILINGS

Civil Action No. 1:17-cv-01181-TWT

### TO THE HONORABLE COURT AND THE CHIEF JUDGE:

Plaintiffs, appearing pro se, respectfully submit this Notice and Motion for Recusal,

Reassignment, and Judicial Review of Procedural and Ethical Violations, pursuant to 28 U.S.C. §

455(a), (b)(1), (b)(5)(i), and the Code of Conduct for United States Judges. This submission is

made solely to comply with statutory and ethical mandates, controlling Supreme Court

precedent, and repeated procedural failures, and is not intended to violate or circumvent any

prior injunction of this Court. Plaintiffs expressly reserve all rights under Rule 60(b) and (d),

Renewed Summary Judgment Rule 56, and the Federal Rules of Civil Procedure.

Notice and Motion for Recusal, Reassignment,
and Judicial Review of Procedural and Ethical
Violations Relating to Plaintiffs' Rule 60(b) Filings          1

## I. GROUNDS FOR RECUSAL AND REASSIGNMENT

### A. Statutory and Ethical Basis

- *28 U.S.C. § 455(a):* "Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned."

- *28 U.S.C. § 455(b)(1), (b)(5)(i):* Mandates recusal where a judge has personal bias, knowledge of disputed facts, or is a party to the proceeding.

- *Canon 2 & 3, Code of Conduct for United States Judges:* Requires judges to avoid impropriety and the appearance of impropriety and to disqualify themselves when impartiality might reasonably be questioned.

### B. Appearance of Impropriety and Unresolved Conflicts

- Plaintiffs have placed on the record, and Defendants have never denied, the existence of a familial relationship between Judge Thrash and Annie Thrash, who starred in Tyler Perry's "Too Close To Home." This relationship creates a reasonable appearance of impropriety and potential for undue influence.

- Judge Thrash, named as a Defendant (Doc. 85), has not addressed or denied the conflict, nor recused himself as required by law.

## II. PATTERN OF PROCEDURAL AND JUDICIAL MISCONDUCT

- After reassignment (Doc. 71), Plaintiffs served Defendants, who failed to answer the Amended Complaint (Doc. 85), constituting default under FRCP 55.

Notice and Motion for Recusal, Reassignment,
and Judicial Review of Procedural and Ethical
Violations Relating to Plaintiffs' Rule 60(B) and
Renewed Summary Judgment Filings                2

- Plaintiffs filed for default judgment (Doc. 119); the Clerk failed to enter default as required by law.

- Judge Thrash—while a named defendant—denied default judgment without recusal, terminated himself and all parties from the case, and continued to issue orders, including Order 208, in violation of 28 U.S.C. § 455.

- These actions constitute further predicate acts of judicial misconduct and due process deprivation.

- Plaintiffs' allegations of conflict and potential undue influence remain unaddressed, as does the judge's failure to forward key documents to the appellate court.

- All orders entered by Judge Thrash—including Doc. 208 and the August 10, 2018 injunction—are void as Judge Thrash remains a named defendant. Judicial acts by a disqualified judge are nullities (*Liljeberg v. Health Servs. Acquisition Corp.*, 486 U.S. 847).

## III. VIOLATION OF SUPREME COURT PRECEDENT AND DUE PROCESS

- Enforcement of the August 10, 2018 injunction to bar Plaintiffs' filings—including Order Doc. 208 denying Rule 60(b) motions (Docs. 196, 197, 199, 203)—contradicts controlling Supreme Court authority (*United States v. Beggerly*, 524 U.S. 38; *Liljeberg*, 486 U.S. 847).

- The Court allowed Defendants to proceed while using the injunction solely to silence Plaintiffs, compounding the due process violation.

Notice and Motion for Recusal, Reassignment,
and Judicial Review of Procedural and Ethical
Violations Relating to Plaintiffs' Rule 60(B) and
Renewed Summary Judgment Filings          3

- Plaintiffs' unaddressed and unrebutted requests for default and renewed summary judgment remain outstanding (see Doc. 207).

- The Court's failure to adjudicate these requests, especially where Defendants are in procedural default, constitutes a manifest denial of due process and is contrary to FRCP 55(a)-(b) and *Meehan v. Snow*, 652 F.2d 274 (2d Cir. 1981).

## IV. NOTICE OF ESCALATION AND PRESERVATION OF RIGHTS

Plaintiffs hereby give notice that, absent immediate corrective action, they will pursue all appropriate oversight, enforcement, and appellate remedies, including but not limited to:

- Formal appeal to the Eleventh Circuit;
- Judicial Council of the Eleventh Circuit (misconduct complaint);
- U.S. DOJ, Public Integrity Section;
- FBI;
- Public/media channels as necessary.

Plaintiffs further demand a written explanation from the Chief Judge as to why, after formal notice, this case has not been reassigned and the judge's repeated intervention as a defendant has not been addressed.

## V. DENIAL OF FAIR APPELLATE REVIEW DUE TO JUDICIAL MISCONDUCT AND RECORD OBSTRUCTION

- Plaintiffs' right to meaningful appellate review has been compromised by ongoing judicial misconduct and record tampering, including failure to transmit all operative

pleadings to the Eleventh Circuit, in violation of FRAP 10(a), 28 U.S.C. § 1291, and 28 U.S.C. § 455.

- As a direct result, the Eleventh Circuit has not reviewed the full factual and procedural record, depriving Plaintiffs of due process and fair appellate review.

## VI. FAILURE TO RESPOND TO RULE 60(b) MOTIONS; DEMAND FOR VACATUR

- Defendants failed to respond to Plaintiffs' Rule 60(b) motions (Docs. 196, 197, 199, 203), and thus defaulted. The Court's orders in favor of Defendants, despite these defaults, contravene the Federal Rules and case law (*Meehan v. Snow*, 652 F.2d 274).
- Plaintiffs demand that all orders issued in favor of non-responding Defendants be vacated as void for lack of jurisdiction, procedural default, and denial of due process.

## VII. FORMAL OPPOSITION TO ORDER DOC. 208 AND DEMAND FOR VACATUR

- Order Doc. 208 and related orders are void ab initio for lack of jurisdiction, procedural default, and conflict with Supreme Court authority.
- Plaintiffs demand that these orders be vacated and the record corrected.

## VIII. RELIEF REQUESTED

Plaintiffs respectfully request that the Court and Chief Judge:

1. Order immediate recusal of Judge Thrash and reassignment to a neutral, impartial judge;
2. Vacate all orders entered by Judge Thrash while disqualified, including Doc. 208 and any enforcing the August 10, 2018 injunction;

3. Enter default and default judgment in Plaintiffs' favor on all claims and motions as a matter of law;

4. Correct all procedural and due process violations in prior orders;

5. Ensure full and accurate transmission of all case documents to the appellate court;

6. Take judicial notice of all unrebutted filings and proposed orders;

7. Require a written explanation for inaction on prior notices of conflict and reassignment;

8. Grant such other and further relief as the Court deems just and proper.

Executed on August 11, 2025,

Terri Tucker (Lowe)
Address: 1136 Joslin Path
Douglasville, GA 30134
Phone: 678-822-4593
Email: terrilowe43@gmail.com
Pro Se Plaintiff

William James
Address: 14920 Ashland Ave
Harvey, Illinois 60426
Phone: 773-990-9373
Email: bj255758@yahoo.com
Pro Se Plaintiff

## RULE 11 CERTIFICATION

We, William James and Terri Lowe hereby certify, pursuant to Rule 11 of the Federal Rules of Civil Procedure, that to the best of our knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the foregoing motion and all supporting documents are well grounded in fact and are warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law; that the motion is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation; and that the factual contentions have evidentiary support.

Notice and Motion for Recusal, Reassignment,
and Judicial Review of Procedural and Ethical
Violations Relating to Plaintiffs' Rule 60(B) and
Renewed Summary Judgment Filings                6

## LOCAL RULE 7.1(D) CERTIFICATION

Motions and responses must not be presented to the court by letter. All requests for relief must be

made by written motion, not by letter, and must be filed with the clerk of court.

Date Executed, August 11, 2025.

Terri Tucker (Lowe)
Address: 1136 Joslin Path
Douglasville, GA 30134
Phone: 678-822-4593
Email: terrilowe43@gmail.com
Pro Se Plaintiff

William James
Address: 14920 Ashland Ave
Harvey, Illinois 60426
Phone: 773-990-9373
Email: bj255758@yahoo.com
Pro Se Plaintiff

Notice and Motion for Recusal, Reassignment,
and Judicial Review of Procedural and Ethical
Violations Relating to Plaintiffs' Rule 60(B) and
Renewed Summary Judgment Filings                    7

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

William James and
Terri Tucker (Lowe),                          Civil Action No. 1:17-cv-01181-TWT
Plaintiffs,

                                              Declaration of Plaintiffs Terri Tucker
v.                                            (Lowe) and William James in Support of
                                              Notice and Motion for Recusal,
                                              Reassignment, and Judicial Review of
                                              Procedural and Ethical Violations Relating
Barbara Hunt, Tyler Perry,                    to Plaintiffs' Rule 60(b) and Renewed
Oprah Winfrey, et al., and                    Summary Judgment Filings
Judge Thomas W. Thrash, Jr.
Defendants.                                   Hon. Thomas W. Thrash, Jr. U.S.D.J.

---

**JOINT DECLARATION OF TERRI TUCKER (LOWE) AND WILLIAM JAMES IN
SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS' RESPONSE TO DOC. 203,
AND IN FURTHER SUPPORT OF PLAINTIFFS' RULE 60(b) MOTION,
SUPPLEMENT, AND UNOPPOSED MOTION (DOC. 203)**

---

We, Terri Tucker (Lowe) and William James, declare under penalty of perjury as follows:

1. We are the plaintiffs in this action, proceeding pro se, and make this declaration based on

   our personal knowledge, review of the record, and direct participation in all relevant

   events.

2. We have reviewed the attached Notice and Motion for Recusal, Reassignment, and

   Judicial Review of Procedural and Ethical Violations, and affirm that the factual

   statements, procedural history, and legal authorities cited therein are true and correct to

   the best of our knowledge, information, and belief.

Notice and Motion for Recusal, Reassignment,
and Judicial Review of Procedural and Ethical
Violations Relating to Plaintiffs' Rule 60(B) and
Renewed Summary Judgment Filings                    8

3. All referenced documents, filings, service attempts, and procedural actions described in the Notice and Motion—including the facts regarding judicial conflict, procedural defaults, lack of recusal, and record obstruction—are accurately reflected in the court docket, our filings, and attached exhibits.

4. We further affirm that this Notice and Motion is submitted solely to comply with statutory and ethical mandates, including 28 U.S.C. § 455 and the Code of Conduct for United States Judges, and is not intended to violate or circumvent any prior injunction of this Court. We expressly reserve all rights under Rule 60(b) and (d), Rule 56, and the Federal Rules of Civil Procedure.

5. We make this declaration in good faith, solely to preserve our rights, ensure the integrity of these proceedings, and support our request for recusal, reassignment, and judicial review.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 11, 2025,

Terri Tucker (Lowe)
Address: 1136 Joslin Path
Douglasville, GA 30134
Phone: 678-822-4593
Email: terrilowe43@gmail.com
Pro Se Plaintiff

William James
Address: 14920 Ashland Ave
Harvey, Illinois 60426
Phone: 773-990-9373
Email: bj255758@yahoo.com
Pro Se Plaintiff

Notice and Motion for Recusal, Reassignment,
and Judicial Review of Procedural and Ethical
Violations Relating to Plaintiffs' Rule 60(B) and
Renewed Summary Judgment Filings                9

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

William James and
Terri Tucker (Lowe),
Plaintiffs,

v.

Barbara Hunt, Tyler Perry,
Oprah Winfrey, et al., and
Judge Thomas W. Thrash, Jr.
Defendants.
Civil Action No. 1:17-cv-01181-TWT

Notice and Motion for Recusal,
Reassignment,
and Judicial Review of Procedural and
Ethical
Violations Relating to Plaintiffs' Rule 60(b)
and
Renewed Summary Judgment Filings

Thomas W. Thrash, Jr. U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2025, I caused a true and correct copy of the foregoing Notice

and Motion for Recusal, Reassignment, and Judicial Review of Procedural and Ethical

Violations Relating to Plaintiffs' Rule 60(b) and Renewed Summary Judgment Filings, together

with all supporting declarations and exhibits, to be served on all parties and counsel of record via

the Court's CM/ECF electronic filing system. For any parties not registered with CM/ECF,

service was effected by first-class U.S. mail, postage prepaid, addressed as follows:

**Defendants Attorneys:**

Lori M. Beranek
Assistant United States
Attorney
600 U.S. Courthouse
75 Spring Street SW
Atlanta, GA 30303

Tom J. Ferber, Esq
7 Times Square
New York, NY 10036-
6569

Richard Gordon, Esq
1495 Powers Ferry Road
Ste 101
Marietta, GA 30067

Notice and Motion for Recusal, Reassignment,
and Judicial Review of Procedural and Ethical
Violations Relating to Plaintiffs' Rule 60(B) and
Renewed Summary Judgment Filings          10

Executed on 11th Day of August, 2025.

Respectfully submitted,

Terri Tucker (Lowe)
Address: 1136 Joslin Path
Douglasville, GA 30134
Phone: 678-822-4593
Email: terrilowe43@gmail.com
Pro Se Plaintiff

William James
Address: 14920 Ashland Ave
Harvey, Illinois 60426
Phone: 773-990-9373
Email: bj255758@yahoo.com
Pro Se Plaintiff

Notice and Motion for Recusal, Reassignment,
and Judicial Review of Procedural and Ethical
Violations Relating to Plaintiffs' Rule 60(B) and
Renewed Summary Judgment Filings          11