

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| William James and<br>Terri Tucker (Lowe),<br>Plaintiffs,<br><br>v.<br><br>Barbara Hunt, Tyler Perry,<br>Oprah Winfrey, et al., and<br>Thomas W. Thrash, Jr.<br>Defendants. | Civil Action No. 1:17-cv-01181-TWT<br><br>[PROPOSED ORDER] For Plaintiffs'<br>Motion for Renewed Summary Judgment<br>Under Rule 56 and for Relief Under Rule<br>60(b) And 60(d); Incorporated<br>Memorandum of Law<br><br>U.S.D.J. |

**[PROPOSED ORDER] FOR PLAINTIFFS' MOTION FOR RENEWED SUMMARY JUDGMENT UNDER RULE 56 AND FOR RELIEF UNDER RULE 60(B) AND 60(D); INCORPORATED MEMORANDUM OF LAW**

Civil Action No. 1:17-cv-01181-TWT

**[PROPOSED] ORDER**

GRANTING PLAINTIFFS' RENEWED MOTION FOR SUMMARY JUDGMENT UNDER RULE 56 AND FOR RELIEF UNDER RULE 60(b) AND 60(d)

Upon consideration of Plaintiffs' Renewed Motion for Summary Judgment under Rule 56 and for Relief under Rule 60(b) and 60(d), the Statement of Undisputed Material Facts, supporting declarations and exhibits, the entire record, and for good cause shown, the Court finds as follows:

FINDINGS OF FACT AND CONCLUSIONS OF LAW

1. Plaintiffs effected proper and diligent service of process on all Defendants, as documented in the record and docket.

2. Defendants failed to answer or otherwise respond to the Amended Complaint (Doc. 85) within the time required by the Federal Rules of Civil Procedure and failed to cure their default.

3. Plaintiffs filed multiple motions for default judgment and for judgment as a matter of law (including Docs. 119, 162, 197, 202, 203, 207), none of which were substantively addressed on the merits.

4. Judge Thomas W. Thrash, Jr. is a named defendant and remained a party at all times relevant; no impartial judge has removed him from the case, nor has he recused as required by 28 U.S.C. § 455.

5. The August 10, 2018 filing injunction is void and unenforceable as to summary judgment or post-judgment motions, and cannot bar adjudication on the merits.

6. No Defendant has shown excusable neglect or offered any substantive opposition to Plaintiffs' damages, RICO liability, or requested relief.

7. The record establishes a continuing pattern of predicate acts under civil RICO, procedural misconduct, fraud on the court, and judicial conflict.

8. All factual allegations in Plaintiffs' Amended Complaint and Statement of Undisputed Material Facts are deemed admitted by default and failure to oppose.

9. Plaintiffs are entitled to judgment as a matter of law under Fed. R. Civ. P. 56, 55, and 60, and binding Supreme Court and Eleventh Circuit precedent.

10. The appellate court's review was based on an incomplete record and without disclosure of Judge Thrash's continued participation as a party defendant and ongoing jurisdictional violations.

**IT IS HEREBY ORDERED THAT:**

1. All orders entered by Judge Thrash after his disqualification pursuant to 28 U.S.C. § 455 are VACATED as void ab initio.

2. Judge Thrash is RECUSED and this case is immediately REASSIGNED to a neutral, non-conflicted judge for all further proceedings.

3. The August 10, 2018 filing injunction is set aside as inapplicable to legitimate Rule 60(b)/(d) and Rule 56 motions, and as contrary to law and due process.

4. All prior judgments and orders entered in violation of due process, the Federal Rules, or by a conflicted judge are VACATED.

5. Plaintiffs' Rule 60(b)/(d) and Rule 56 motions are GRANTED on the merits.

6. Renewed summary judgment and/or default judgment is ENTERED in Plaintiffs' favor on all claims as set forth in the Amended Complaint and supporting record.

7. Plaintiffs are AWARDED damages as requested in Docs. 197, 199, and 203, including treble damages under RICO, or as the Court deems just and proper.

8. Plaintiffs are AWARDED their costs as prevailing parties under Fed. R. Civ. P. 54(d).

9. The Clerk is DIRECTED to enter judgment forthwith in accordance with Fed. R. Civ. P. 58.

10. Pursuant to the All Writs Act, 28 U.S.C. § 1651(a), all necessary writs are issued to protect the integrity of these proceedings and the Court's jurisdiction, including: a. Staying all proceedings and vacating all orders entered by Judge Thrash after notice of his disqualification; b. Reassigning this case to a neutral, non-conflicted judge for all further proceedings; c. Granting all further writs and relief necessary to ensure that

Plaintiffs' renewed summary judgment motion and all substantive matters are adjudicated by a judge who is not a party or otherwise disqualified.

11. Such other and further relief as the Court deems just and proper in the interests of justice is GRANTED.

SO ORDERED this ____ day of _____, 2025.

_____
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| William James and<br>Terri Tucker (Lowe),<br>Plaintiffs,<br><br>v.<br><br>Barbara Hunt, Tyler Perry,<br>Oprah Winfrey, et al., and<br>Judge Thomas W. Thrash, Jr.<br>Defendants. | Civil Action No. 1:17-cv-01181-TWT<br><br>[PROPOSED ORDER] Plaintiffs' Motion for Renewed Summary Judgment Under Rule 56 And for Relief Under Rule 60(b) and 60(d); Incorporated Memorandum of Law<br><br>Thomas W. Thrash, Jr. U.S.D.J. |

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2025, I caused a true and correct copy of the foregoing [PROPOSED ORDER] Plaintiffs' Motion for Renewed Summary Judgment Under Rule 56 and for Relief Under Rule 60(b) and 60(d); Incorporated Memorandum of Law, together with all supporting documents, to be served on all parties and counsel of record via the Court's CM/ECF electronic filing system. For any parties not registered with CM/ECF, service was effected by first-class U.S. mail, postage prepaid.

**Defendants Attorneys:**

| | | |
|---|---|---|
| Lori M. Beranek<br>Assistant United States Attorney<br>600 U.S. Courthouse<br>75 Spring Street SW<br>Atlanta, GA 30303 | Tom J. Ferber, Esq<br>7 Times Square<br>New York, NY 10036-6569 | Richard Gordon, Esq<br>1495 Powers Ferry Road<br>Ste 101<br>Marietta, GA 30067 |

Executed on 11th Day of August, 2025.

[PROPOSED ORDER] Plaintiffs' Motion for
Renewed Summary Judgment Under
Rule 56 And for Relief Under Rule 60(b) and 60(d);
Incorporated Memorandum of Law         5

Respectfully submitted,

*[signature]*
Terri Tucker (Lowe)
Address: 1136 Joslin Path
Douglasville, GA 30134
Phone: 678-822-4593
Email: terrilowe43@gmail.com
Pro Se Plaintiff

*[signature]*
William James
Address: 14920 Ashland Ave
Harvey, Illinois 60426
Phone: 773-990-9373
Email: bj255758@yahoo.com
Pro Se Plaintiff