UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

------------------------------------------------------X
WILLIAM JAMES, ET ANO.,            )
                                   )
             Plaintiffs,           )
                                   )
       v.                          )   Case No. 1:17-CV-01181-TWT
                                   )
                                   )
BARBARA HUNT, ET AL.,              )
                                   )
             Defendants.           )
------------------------------------------------------X

DEFENDANTS' RESPONSE TO PLAINTIFFS' LATEST IMPROPER FILINGS (DOCKET NOS. 209 through 211-1) IN VIOLATION OF THE COURT'S
ALL WRITS ACT INJUNCTION (DOCKET NO. 168)

Tom J. Ferber
Admitted *pro hac vice*
PRYOR CASHMAN LLP
7 Times Square
New York, New York  10036-6569
Phone: (212) 421-4100
Fax: (212) 798-6388
tferber@pryorcashman.com

1

On April 8, 2025, the Court issued an Order (Doc. 208) denying a slew of motions (Doc. 196, 197, 203 and 204) that Plaintiffs had filed in this long-closed case in violation of the 2018 Injunction Order prohibiting, inter alia, the filing of any further pleadings, motions or other documents (Doc. 168).

Plaintiffs' response to the Court's August 8, 2025 Order was to file several more motions on August 11, 2025, including motions for "clarification" and for recusal, and a purported "renewed" motion for summary judgment. (Docs. 209 through 211-1).

All of these filings should be rejected for the same reason the Court denied Plaintiffs' prior set of motions. Defendants also respectfully request that the Court order that Defendants need file no further responses to any attempted filings by Plaintiffs unless the Court has both expressly authorized such filings and directed Defendants to respond to them.

Dated:   August 22, 2025

        PRYOR CASHMAN LLP

        By:   /s/ Tom J. Ferber
        Tom J. Ferber
        Admitted *pro hac vice*
        Bar No. 1846690
        7 Times Square
        New York, New York 10036-6569
        tferber@pryorcashman.com
        phone: (212) 421-4100
        fax: (212) 798-6388
        *Attorneys for Defendant*

RULE 7.1(D) CERTIFICATE

The undersigned counsel certifies this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).

                PRYOR CASHMAN LLP

                By:   /s/ Tom J. Ferber
                Tom J. Ferber
                Admitted *pro hac vice*
                Bar No. 1846690
                7 Times Square
                New York, New York 10036-6569
                tferber@pryorcashman.com
                phone: (212) 421-4100
                fax: (212) 798-6388

                *Attorneys for Defendant*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WILLIAM JAMES, ET ANO., | : |
| | : |
| PLAINTIFFS, | : CASE NO: 1:17-CV-1181-RWS |
| | : |
| v. | : |
| | : CERTIFICATE OF SERVICE |
| BARBARA HUNT, ET AL., | : |
| | : |
| DEFENDANTS. | : |

On August 22, 2025, I caused the foregoing DEFENDANTS' RESPONSE TO PLAINTIFFS' LATEST IMPROPER FILING (DOCKET NOS. 209-211-1) IN VIOLATION OF THE COURT'S ALL WRITS ACT INJUNCTION (DOCKET NO. 168) to be served on all parties by electronically filing with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record, and served the following parties by U.S. First Class Mail, postage prepaid:

William James
14920 Ashland Ave.
Harvey, Illinois 60426

Terri V. Tucker (Lowe)
1136 Joslin Path
Douglasville, GA 30124

Dated: August 22, 2025

PRYOR CASHMAN LLP

By: /s/ Tom J. Ferber
Tom J. Ferber
Admitted *pro hac vice*
Bar No. 1846690
7 Times Square
New York, New York 10036-6569
tferber@pryorcashman.com
phone: (212) 421-4100
fax: (212) 798-6388

*Attorneys for Defendant*