IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
AUG 2 6 2025
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| William James and<br>Terri Tucker (Lowe),<br>Plaintiffs,<br><br>v.<br><br>Barbara Hunt, Tyler Perry,<br>Oprah Winfrey, et al.,<br>Defendants. | Civil Action No. 1:17-cv-01181-TWT<br>Case No: 1:17-cv-01181-TWT<br><br>Notice to Chief Judge Leigh Martin Filing of Plaintiff's Reply in Support of Motion for Summary Judgment and Relief Under Rules 56, 60(b), And 60(d)<br><br>Chief Judge Leigh Martin May |

---

**NOTICE OF FILING TO CHIEF JUDGE LEIGH MARTIN FILING OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND RELIEF UNDER RULES 56, 60(B), AND 60(D)**

---

Civil Action No. 1:17-cv-01181-TWT

**TO THE COURT AND THE HONORABLE CHIEF JUDGE LEIGH MARTIN MAY OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA: NOTICE OF FILING**

United States District Court, Northern District of Georgia

Plaintiffs, by and through the undersigned, hereby give notice of filing the following document with the Court.

- **Plaintiffs' Reply in Support of Motion for Summary Judgment and Relief under Rules 56, 60(b), and 60(d)**

Notice to Chief Judge for Filing For
Plaintiff's Reply in Support of Motion
For Summary Judgment and Relief Under
Rules 56, 60(b), and 60(d)               1

This Reply addresses all arguments, procedural history, and evidentiary matters pertinent to Plaintiffs' pending Motion for Summary Judgment and for Relief under Rules 56, 60(b), and 60(d), and is submitted in accordance with the Federal Rules of Civil Procedure and the Northern District of Georgia Local Rules. The Reply is filed to ensure the Court has a complete and accurate record of Plaintiffs' arguments and supporting evidence, and to preserve all issues for potential appellate review.

**Respectfully submitted,**

Executed on this 25th Day of August.

Terri Tucker (Lowe)
Address: 1136 Joslin Path
Douglasville, GA 30134
Phone: 678-822-4593
Email: terrilowe43@gmail.com
Pro Se Plaintiff

William James
Address: 14920 Ashland Ave
Harvey, Illinois 60426
Phone: 773-990-9373
Email: bj255758@yahoo.com
Pro Se Plaintiff

Notice to Chief Judge for Filing For
Plaintiff's Reply in Support of Motion
For Summary Judgment and Relief Under
Rules 56, 60(b), and 60(d)    2

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of August, a true and correct copy of the foregoing Emergency Motion for Immediate Intervention and Reassignment Pursuant to 28 U.S.C. § 455 and the Court's Inherent Authority was served upon all parties of record via USPS mail, including counsel for Defendants, as set forth below.

Respectfully submitted,

Terri Tucker (Lowe)
Address: 1136 Joslin Path
Douglasville, GA 30134
Phone: 678-822-4593
Email: terrilowe43@gmail.com
Pro Se Plaintiff

William James
Address: 14920 Ashland Ave
Harvey, Illinois 60426
Phone: 773-990-9373
Email: bj255758@yahoo.com
Pro Se Plaintiff

**VERIFICATION**

We, William James and Terri Tucker (Lowe) declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on this 25th day of August 2025.

Terri Tucker (Lowe)
Address: 1136 Joslin Path
Douglasville, GA 30134
Phone: 678-822-4593
Email: terrilowe43@gmail.com
Pro Se Plaintiff

William James
Address: 14920 Ashland Ave
Harvey, Illinois 60426
Phone: 773-990-9373
Email: bj255758@yahoo.com
Pro Se Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| William James and Terri Tucker (Lowe), Plaintiffs, <br><br> v. <br><br> Barbara Hunt, Tyler Perry, Oprah Winfrey, et al., Defendants. | Civil Action No. 1:17-cv-01181-TWT <br><br> Notice to Chief Judge Notice to Chief Judge Leigh Martin Filing of Plaintiff's Reply in Support of Motion for Summary Judgment and Relief Under Rules 56, 60(b), And 60(d) <br><br> Chief Judge Leigh Martin May |

## CERTIFICATE OF SERVICE

We hereby certify that on this 16th day of June, 2025, we caused to be served a true and correct copy of the foregoing.

Plaintiffs' Joint Declaration for Plaintiffs' Notice of Motion and Motion for Relief Pursuant to Rule 60(b); Memorandum of Law in Support; Declaration(s) and all exhibits thereto, by filing the same with the Clerk of Court in person, as Plaintiffs are pro-se and do not have access to electronic filing. We further certify that a copy was served by first-class U.S. Mail, postage prepaid, addressed as follows:

**Defendants Attorneys:**

| | | |
|---|---|---|
| Lori M. Beranek <br> Assistant United States Attorney <br> 600 U.S. Courthouse <br> 75 Spring Street SW <br> Atlanta, GA 30303 | Tom J. Ferber, Esq <br> 7 Times Square <br> New York, NY 10036-6569 | Richard Gordon, Esq <br> 1495 Powers Ferry Road <br> Ste 101 <br> Marietta, GA 30067 |

Notice to Chief Judge for Filing For
Plaintiff's Reply in Support of Motion
For Summary Judgment and Relief Under
Rules 56, 60(b), and 60(d)            4

Respectfully submitted,

*[signature]*
Terri Tucker (Lowe)
Address: 1136 Joslin Path
Douglasville, GA 30134
Phone: 678-822-4593
Email: terrilowe43@gmail.com
Pro Se Plaintiff

*[signature]*
William James
Address: 14920 Ashland Ave
Harvey, Illinois 60426
Phone: 773-990-9373
Email: bj255758@yahoo.com
Pro Se Plaintiff

Notice to Chief Judge for Filing For
Plaintiff's Reply in Support of Motion
For Summary Judgment and Relief Under
Rules 56, 60(b), and 60(d)            5