FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 02 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| William James and<br>Terri Tucker (Lowe),<br>Plaintiffs,<br><br>v.<br><br>Barbara Hunt, Tyler Perry,<br>Oprah Winfrey, et al., and<br>Thomas W. Thrash, Jr.<br>Defendants. | Civil Action No. 1:17-cv-01181-TWT<br><br>[Proposed] Order Granting Motion to Stay Proceedings Pending Resolution of Motion to Recall Mandate<br><br><br>Judge Thomas W. Thrash, Jr. U.S.D.J. |

## [PROPOSED] ORDER GRANTING MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF MOTION TO RECALL MANDATE

Civil Action No. 1:17-cv-01181-TWT

This matter is before the Court on Plaintiffs' Motion to Stay Proceedings Pending Resolution of Motion to Recall Mandate. Having reviewed the motion, the record, and all relevant authorities, and for good cause shown, the Court finds that a stay is warranted to prevent prejudice, promote judicial efficiency, and preserve the integrity of the proceedings while the recall mandate is pending before the Eleventh Circuit.

**IT IS HEREBY ORDERED THAT:**

1. All proceedings in this action, including all deadlines and obligations of the parties, are hereby STAYED pending the resolution of Plaintiffs' motion to recall the mandate in the United States Court of Appeals for the Eleventh Circuit (Case Nos. 17-14866 and 18-13553).

2. No further action shall be taken in this case, and no enforcement of any judgment or order shall proceed, until the Eleventh Circuit issues a decision on the motion to recall the mandate and this Court lifts the stay.

3. Plaintiffs shall promptly notify the Court in writing of the Eleventh Circuit's disposition of the motion to recall the mandate.

4. The parties may seek further relief from this Court as appropriate following the Eleventh Circuit's ruling.

SO ORDERED, this ___ day of _____, 2025.

_____

**United States District Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| William James and<br>Terri Tucker (Lowe),<br>Plaintiffs,<br><br>v.<br><br>Barbara Hunt, Tyler Perry,<br>Oprah Winfrey, et al., and<br>Judge Thomas W. Thrash, Jr.<br>Defendants. | Civil Action No. 1:17-cv-01181-TWT<br><br>[Proposed] Order Granting Motion to Stay<br>Proceedings Pending Resolution of Motion<br>to Recall Mandate<br><br>Thomas W. Thrash, Jr. U.S.D.J. |

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2025, I served a true and correct copy of the foregoing

[Proposed] Order Granting Motion to Stay Proceedings Pending Resolution of Motion to Recall

Mandate upon all counsel of record and parties as follows:

Via CM/ECF (if registered) and/or First-Class Mail and/or Email:

**Defendants Attorneys:**

| | | |
|---|---|---|
| Lori M. Beranek<br>Assistant United States<br>Attorney<br>600 U.S. Courthouse<br>75 Spring Street SW<br>Atlanta, GA 30303 | Tom J. Ferber, Esq<br>7 Times Square<br>New York, NY 10036-<br>6569 | Richard Gordon, Esq<br>1495 Powers Ferry Road<br>Ste 101<br>Marietta, GA 30067 |

Executed on 2nd Day of September, 2025.

Respectfully submitted,

*[signature]*
Terri Tucker (Lowe)
Address: 1136 Joslin Path
Douglasville, GA 30134
Phone: 678-822-4593
Email: terrilowe43@gmail.com
Pro Se Plaintiff

*[signature]*
William James
Address: 14920 Ashland Ave
Harvey, Illinois 60426
Phone: 773-990-9373
Email: bj255758@yahoo.com
Pro Se Plaintiff