IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

William James and
Terri Tucker (Lowe),
Plaintiffs,

v.

Barbara Hunt, Tyler Perry,
Oprah Winfrey, et al.,
Defendants.

Civil Action No. 1:17-cv-01181-TWT

Notice to the Chief Judge and Request to the Court for Stay of Proceedings Due to Mandate Recalls

Chief Judge Leigh Martin May and The Court

**NOTICE TO THE CHIEF JUDGE AND REQUEST TO THE COURT FOR STAY OF PROCEEDINGS DUE TO MANDATE RECALLS**

Civil Action No. 1:17-cv-01181-TWT

**NOTICE TO THE CHIEF JUDGE AND REQUEST TO THE COURT FOR STAY OF PROCEEDINGS DUE TO MANDATE RECALLS**

Plaintiff respectfully submits this combined Notice to the Honorable Chief Judge and Request to the Court, seeking an immediate stay of all proceedings in the above-captioned matter, pursuant to the recent mandate recalls and related procedural defects reflected in the record.

**I. NOTICE TO THE CHIEF JUDGE**

Plaintiff brings to the attention of the Chief Judge that the record now contains one or more mandate recalls (or recall mandates), which materially impact the jurisdictional status and procedural posture of this case. These developments are not governed by the protections of

Supplemental Rule C, and thus require direct judicial oversight and direction from the Court's leadership to ensure the integrity of the proceedings and the preservation of all parties' rights.

## II. REQUEST TO THE COURT FOR STAY OF PROCEEDINGS

Given the unique procedural posture—specifically, the existence of mandate recalls and the absence of Rule C protection—Plaintiff respectfully requests that the Court issue an immediate stay of all proceedings. This request is made to the Court as a whole, rather than to Judge Thrash individually, due to the exceptional circumstances arising from the questioned legality of the prior injunction and the interests of impartiality and due process.

## III. GROUNDS FOR RELIEF

1. **Mandate Recalls in the Record:** The procedural record reflects that the mandates have been recalled for appellate cases: 17-14866 and 18-13553, altering the jurisdictional landscape and requiring judicial intervention before any further action is taken.
2. **Absence of Rule C Protection:** The current posture falls outside the scope of Rule C, removing certain automatic protections and necessitating a formal request for relief.
3. **Impartiality and Due Process:** In light of the prior injunction's questionable legality and to avoid the appearance of impropriety, Plaintiff seeks guidance and intervention from the Court as an institution, rather than from the previously assigned judge.

## IV. PRAYER FOR RELIEF

**WHEREFORE, Plaintiff respectfully requests that the Chief Judge and this Court:**

- Take judicial notice of the mandate recalls and their impact on the record;
- Issue an immediate stay of all proceedings pending further order of the Court;
- Direct the Clerk to circulate this Notice and Request to all appropriate judicial officers for consideration and assignment as necessary;

- Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Executed on this 2nd Day of September.

**RULE 11 CERTIFICATION**

We, William James and Terri Lowe hereby certify, pursuant to Rule 11 of the Federal Rules of Civil Procedure, that to the best of our knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the foregoing motion and all supporting documents are well grounded in fact and are warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law; that the motion is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation; and that the factual contentions have evidentiary support.

**LOCAL RULE 7.1(D) CERTIFICATION**

Motions and responses must not be presented to the court by letter. All requests for relief must be made by written motion, not by letter, and must be filed with the clerk of court.

**VERIFICATION**

We, William James and Terri Tucker (Lowe) declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on this 2nd Day of September 2025.

Terri Tucker (Lowe)
Address: 1136 Joslin Path
Douglasville, GA 30134
Phone: 678-822-4593
Email: terrilowe43@gmail.com
Pro Se Plaintiff

William James
Address: 14920 Ashland Ave
Harvey, Illinois 60426
Phone: 773-990-9373
Email: bj255758@yahoo.com
Pro Se Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of September, a true and correct copy of the foregoing Emergency Motion for Immediate Intervention and Reassignment Pursuant to 28 U.S.C. § 455 and the Court's Inherent Authority was served upon all parties of record via mail, including counsel for Defendants, as set forth below:

**Defendants Attorneys:**

Lori M. Beranek
Assistant United States Attorney
600 U.S. Courthouse
75 Spring Street SW
Atlanta, GA 30303

Tom J. Ferber, Esq
7 Times Square
New York, NY 10036-6569

Richard Gordon, Esq
1495 Powers Ferry Road
Ste 101
Marietta, GA 30067

Respectfully submitted,

Terri Tucker (Lowe)
Address: 1136 Joslin Path
Douglasville, GA 30134
Phone: 678-822-4593
Email: terrilowe43@gmail.com
Pro Se Plaintiff

William James
Address: 14920 Ashland Ave
Harvey, Illinois 60426
Phone: 773-990-9373
Email: bj255758@yahoo.com
Pro Se Plaintiff