IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 06 2025

KEVIN P. WEIMER, Clerk
By:_____ Deputy Clerk

William James and
Terri Tucker (Lowe),
Plaintiffs,

v.

Barbara Hunt, Tyler Perry,
Oprah Winfrey, et al., and
Thomas W. Thrash, Jr.
Defendants.

Civil Action No. 1:17-cv-01181-TWT

Emergency Motion to Stay Proceedings
Pending Resolution of Petitioners' Writ of
Mandamus in the Eleventh Circuit

Judge  Thomas  W. Thrash, Jr. U.S.D.J.

---

**EMERGENCY MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF
PETITIONERS' WRIT OF MANDAMUS IN THE ELEVENTH CIRCUIT**

---

Civil Action No. 1:17-cv-01181-TWT

**EMERGENCY RELIEF REQUESTED**

Plaintiffs respectfully request expedited consideration of this motion. Plaintiffs' dispositive and

other motions are currently pending before Judge Thrash, and there is a substantial and imminent

risk that the Court may issue rulings or take further action before the Eleventh Circuit resolves

the pending writ of mandamus. Emergency relief is necessary to prevent irreparable harm,

preserve the status quo, and protect the appellate court's jurisdiction.

**I. INTRODUCTION AND PROCEDURAL POSTURE**

Plaintiffs have filed an Amended Petition for Writ of Mandamus in the United States Court of

Appeals for the Eleventh Circuit (Appellate Action No. 25-13325-D), seeking supervisory relief,

vacatur of void orders, recusal and reassignment of Judge Thomas W. Thrash, Jr., enforcement

Emergency Motion to Stay Proceedings Pending
Resolution of Petitioners' Writ of Mandamus
in the Eleventh Circuit                          1

of defaults and summary judgment, and comprehensive relief for judicial misconduct, fraud on

the court, jurisdictional violations, and related issues.

The writ of mandamus remains pending, and the Eleventh Circuit has not yet ruled on the merits

of Plaintiffs' comprehensive requests for relief.

As of [date of your most recent filings, e.g., "October 3, 2025"], Plaintiffs' dispositive and other

motions are currently before Judge Thrash, creating an imminent risk that the district court may

issue rulings or take action that could irreparably prejudice Plaintiffs' rights and undermine the

appellate court's jurisdiction.

## II. GROUNDS FOR EMERGENCY STAY

A stay is warranted to preserve the status quo and prevent further action or orders by the district

court that could:

    A.  Prejudice Plaintiffs' rights;

    B.  Undermine the Eleventh Circuit's jurisdiction over the pending mandamus petition;

    C.  Render the appellate proceedings moot or create inconsistent rulings.

Federal courts routinely grant emergency stays where an appellate writ is pending and where

there is a substantial question as to the court's jurisdiction or the propriety of further

proceedings. See Landis v. North American Co., 299 U.S. 248, 254 (1936) ("the power to stay

proceedings is incidental to the power inherent in every court to control the disposition of the

causes on its docket..."); Clinton v. Jones, 520 U.S. 681, 706 (1997).

Plaintiffs' mandamus petition raises substantial claims of judicial misconduct, conflicts of

interest, fraud on the court, multiple defaults, void orders, and jurisdictional violations—

Emergency Motion to Stay Proceedings Pending
Resolution of Petitioners' Writ of Mandamus
in the Eleventh Circuit         2

including orders entered after the district court was divested of jurisdiction by the filing of a

notice of appeal (see Griggs v. Provident Consumer Discount Co., 459 U.S. 56, 58 (1982)).

Allowing the district court to proceed while these issues are pending before the Eleventh Circuit

risks manifest injustice, judicial inefficiency, and irreparable harm to Plaintiffs.

## III. PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs respectfully request that this Court:

1.  Immediately stay all proceedings and further action in Civil Action No. 1:17-cv-01181-
    TWT pending the Eleventh Circuit's resolution of Plaintiffs' Amended Petition for Writ
    of Mandamus (Appellate Action No. 25-13325-D);

2.  Order that no further orders, hearings, or substantive rulings be issued until the appellate
    court has ruled on the mandamus petition;

3.  Grant such further relief as may be just and proper.

Respectfully Submitted,

Dated on 5th of October 2025,

Terri Tucker (Lowe)
Address: 1136 Joslin Path
Douglasville, GA 30134
Phone: 678-822-4593
Email: terrilowe43@gmail.com
Pro Se Plaintiff

William James
Address: 14920 Ashland Ave
Harvey, Illinois 60426
Phone: 773-990-9373
Email: bj255758@yahoo.com
Pro Se Plaintiff

Emergency Motion to Stay Proceedings Pending
Resolution of Petitioners' Writ of Mandamus
in the Eleventh Circuit                 3

**RULE 11 CERTIFICATION**

We, William James and Terri Lowe hereby certify, pursuant to Rule 11 of the Federal Rules of Civil Procedure, that to the best of our knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the foregoing motion and all supporting documents are well grounded in fact and are warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law; that the motion is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation; and that the factual contentions have evidentiary support.

**LOCAL RULE 7.1(D) CERTIFICATION**

Motions and responses must not be presented to the court by letter. All requests for relief must be made by written motion, not by letter, and must be filed with the clerk of court.

Date Executed, October 5, 2025.

Terri Tucker (Lowe)
Address: 1136 Joslin Path
Douglasville, GA 30134
Phone: 678-822-4593
Email: terrilowe43@gmail.com
Pro Se Plaintiff

William James
Address: 14920 Ashland Ave
Harvey, Illinois 60426
Phone: 773-990-9373
Email: bj255758@yahoo.com
Pro Se Plaintiff

Emergency Motion to Stay Proceedings Pending
Resolution of Petitioners' Writ of Mandamus
in the Eleventh Circuit                4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

William James and
Terri Tucker (Lowe),
Plaintiffs,

v.

Barbara Hunt, Tyler Perry,
Oprah Winfrey, et al., and
Judge Thomas W. Thrash, Jr.
Defendants.

Civil Action No. 1:17-cv-01181-TWT

Joint Declaration of Plaintiffs
in Support of Motion to Stay Proceedings
Pending Resolution of Motion to Recall
Mandate

Thomas W. Thrash, Jr. U.S.D.J.

---

**JOINT DECLARATION OF PLAINTIFFS IN SUPPORT OF MOTION TO STAY
PROCEEDINGS EMERGENCY MOTION TO STAY PROCEEDINGS PENDING
RESOLUTION OF PETITIONERS' WRIT OF MANDAMUS IN THE ELEVENTH
CIRCUIT**

---

We, Terri Tucker (Lowe) and William James, declare under penalty of perjury as follows:

1. We are the Plaintiffs in the above-captioned action, and we make this declaration in
   support of our Emergency Motion to Stay Proceedings Pending Resolution of Petitioners'
   Writ of Mandamus in the Eleventh Circuit.

2. On [insert date], we filed an Amended Petition for Writ of Mandamus in the United States
   Court of Appeals for the Eleventh Circuit (Appellate Action No. 25-13325-D), seeking
   (among other relief) supervisory intervention, vacatur of void orders, recusal and
   reassignment of Judge Thomas W. Thrash, Jr., enforcement of defaults and summary
   judgment, and comprehensive relief for judicial misconduct, fraud on the court, and
   jurisdictional violations.

Emergency Motion to Stay Proceedings Pending
Resolution of Petitioners' Writ of Mandamus
in the Eleventh Circuit                    5

3. As of [insert date], dispositive and other motions remain pending before Judge Thrash in this district court. We have a good faith basis to believe that the Court may issue rulings or take further action at any time, which could irreparably prejudice our rights and undermine the appellate court's jurisdiction.

4. Our petition for writ of mandamus remains pending in the Eleventh Circuit, and the appellate court has not yet ruled on the merits of our comprehensive requests for relief.

5. We respectfully submit that emergency relief is necessary to preserve the status quo, prevent irreparable harm, and protect the Eleventh Circuit's jurisdiction over the pending mandamus petition.

6. We have not sought or obtained a stay from any other court or judge regarding these proceedings.

7. We declare under penalty of perjury that the foregoing is true and correct to the best of our knowledge, information, and belief.

We declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 5, 2025,

Terri Tucker (Lowe)
Address: 1136 Joslin Path
Douglasville, GA 30134
Phone: 678-822-4593
Email: terrilowe43@gmail.com
Pro Se Plaintiff

William James
Address: 14920 Ashland Ave
Harvey, Illinois 60426
Phone: 773-990-9373
Email: bj255758@yahoo.com
Pro Se Plaintiff

Emergency Motion to Stay Proceedings Pending
Resolution of Petitioners' Writ of Mandamus
in the Eleventh Circuit                6

## CERTIFICATE OF SERVICE

We hereby certify that on October 5, 2025, we served a true and correct copy of the foregoing

Emergency Motion to Stay Proceedings Pending Resolution of Petitioners' Writ of Mandamus in

the Eleventh Circuit, together with all supporting documents and exhibits, upon the following

counsel of record and parties, by the method(s) indicated below:

Via ECF (if registered) and/or First-Class Mail and/or Email:

### Defendants Attorneys:

Lori M. Beranek
Assistant United States
Attorney
600 U.S. Courthouse
75 Spring Street SW
Atlanta, GA 30303

Tom J. Ferber, Esq
7 Times Square
New York, NY 10036-6569

Richard Gordon, Esq
1495 Powers Ferry Road
Ste 101
Marietta, GA 30067

Executed on 5th day of September, 2025.

Respectfully submitted,

Terri Tucker (Lowe)
Address: 1136 Joslin Path
Douglasville, GA 30134
Phone: 678-822-4593
Email: terrilowe43@gmail.com
Pro Se Plaintiff

William James
Address: 14920 Ashland Ave
Harvey, Illinois 60426
Phone: 773-990-9373
Email: bj255758@yahoo.com
Pro Se Plaintiff

Emergency Motion to Stay Proceedings Pending
Resolution of Petitioners' Writ of Mandamus
in the Eleventh Circuit                    7