RECEIVED CLERK'S OFFICE
U.S.D.C. Atlanta
OCT 06 2025
KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| William James and Terri Tucker (Lowe), Plaintiffs, | Civil Action No. 1:17-cv-01181-TWT |
| v. | [Proposed] Order Granting Emergency Motion to Stay Proceedings |
| Barbara Hunt, Tyler Perry, Oprah Winfrey, et al., and Thomas W. Thrash, Jr. Defendants. | United States District Judge. U.S.D.J. |

## [PROPOSED] ORDER GRANTING EMERGENCY MOTION TO STAY PROCEEDINGS

Civil Action No. 1:17-cv-01181-TWT

Upon consideration of Plaintiffs' Emergency Motion to Stay Proceedings Pending Resolution of Petitioners' Writ of Mandamus in the Eleventh Circuit, and for good cause shown, it is hereby ORDERED that:

1. All proceedings and further action in Civil Action No. 1:17-cv-01181-TWT are STAYED pending the Eleventh Circuit's resolution of Plaintiffs' Amended Petition for Writ of Mandamus (Appellate Action No. 25-13325-D);

2. No further orders, hearings, or substantive rulings shall be issued until the appellate court has ruled on the mandamus petition;

3. The Court retains jurisdiction to lift or modify this stay as justice requires.

[Proposed] Order Granting Emergency
Motion to Stay Proceedings            1

SO ORDERED this ___ day of _____, 2025.

_____
**United States District Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| William James and<br>Terri Tucker (Lowe),<br>Plaintiffs,<br><br>v.<br><br>Barbara Hunt, Tyler Perry,<br>Oprah Winfrey, et al., and<br>Judge Thomas W. Thrash, Jr.<br>Defendants. | Civil Action No. 1:17-cv-01181-TWT<br><br>[Proposed] Order Granting Emergency<br>Motion to Stay Proceedings<br><br>Thomas W. Thrash, Jr. U.S.D.J. |

---

### CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2025, I served a true and correct copy of the foregoing

[Proposed] Order Granting Emergency Motion to Stay Proceedings upon all counsel of record

and parties as follows:

Via CM/ECF (if registered) and/or First-Class Mail and/or Email:

**Defendants Attorneys:**

| | | |
|---|---|---|
| Lori M. Beranek<br>Assistant United States<br>Attorney<br>600 U.S. Courthouse<br>75 Spring Street SW<br>Atlanta, GA 30303 | Tom J. Ferber, Esq<br>7 Times Square<br>New York, NY 10036-6569 | Richard Gordon, Esq<br>1495 Powers Ferry Road<br>Ste 101<br>Marietta, GA 30067 |

*[signature]*

Terri Tucker (Lowe)
Address: 1136 Joslin Path
Douglasville, GA 30134
Phone: 678-822-4593
Email: terrilowe43@gmail.com
Pro Se Plaintiff

*[signature: William James]*

William James
Address: 14920 Ashland Ave
Harvey, Illinois 60426
Phone: 773-990-9373
Email: bj255758@yahoo.com
Pro Se Plaintiff