IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WILLIAM JAMES
SUI JURIS, et al.,

    Plaintiffs,

      v.

BARBARA HUNT, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:17-CV-1181-TWT

**ORDER**

This is a pro se civil RICO action. The case was closed in this Court in October, 2017 when the Court entered judgment on the pleadings in favor of all of the Defendants. After the case had been closed for years, the pro se Plaintiffs began filing a slew of motions in June, 2025. It is before the Court on various new motions which were filed in violation of the Court's Order of August 10, 2018 prohibiting the Plaintiffs from filing any motions or papers in this case without getting my permission. The latest Motions [Doc. 209, 210, 211 and 215] are DENIED.

SO ORDERED, this   17th   day of October, 2025.

                                                                       THOMAS W. THRASH, JR.
                                                                       United States District Judge