IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WILLIAM JAMES
SUI JURIS, et al.,

    Plaintiffs,

    v.

BARBARA HUNT, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:17-CV-1181-TWT

**ORDER**

This is a pro se civil RICO action. It is before the Court on the Plaintiffs' Motion to Stay [Doc. 217] which is DENIED pursuant to the Court's Order of August 10, 2018.

SO ORDERED, this 24th day of November, 2025.

/s/ Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge